IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

SUNEM PARK AND CHEONG PARK,

Plaintiffs,                                             CASE NO.:

vs.

FEDERAL INSURANCE COMPANY,

Defendant.
_____/

### NOTICE OF REMOVAL

Defendant, FEDERAL INSURANCE COMPANY ("FEDERAL"), by and through its undersigned counsel, hereby files its Notice of the Removal of this cause to the United States District Court for the Southern District of Florida, Fort Lauderdale Division, and states as grounds for such removal the following:

1. On August 3, 2023, Plaintiffs, SUNEM PARK AND CHEONG PARK ("Plaintiffs"), filed this action in the Circuit Court of the Thirteenth Judicial Circuit, in and for Broward County, Florida, Case No. CACE-23-016432 ("State Action").

2. On August 7, 2023, FEDERAL was served with a Summons and copy of the Complaint in connection with the State Action.  Pursuant to 28 U.S.C. § 1446(a), a copy of all process and pleadings are attached hereto as **Composite Exhibit "1"** as follows:

    1. Civil Cover Sheet;

    2. Plaintiffs' Complaint for Breach of Contract and Demand for Jury

Case 0:23-cv-62429-DSL   Document 1   Entered on FLSD Docket 12/29/2023   Page 2 of 8

Trial

3. Plaintiff's Notice of Filing Designation of Emailing Addresses

4. Plaintiffs' Notice of Service of Interrogatories;

5. Plaintiff's Request for Admissions;

6. Plaintiffs' Request to Produce;

7. Notice of Taking Video Deposition Duces Tecum of Corporate Representative of Federal Insurance Company.

8. Notice of Taking Video Deposition Duces Tecum of the individual Inspected the property on behalf of the Defendants

9. Summons;

10. Notice of Service of Process;

11. Defendant's Notice of Appearance

12. Defendant's Motion for Enlargement of Time Respond to Plaintiff's Complaint;

13. Agreed Order on Defendants Motion for Enlargement of Time Respond to Plaintiffs Complaint;

14. Defendants Notice of Serving First Set of Interrogatories to Plaintiff, Sunem Park;

15. Defendants Notice of Serving First Set of Interrogatories to Plaintiff, Cheong Park;

16. Defendant's Answer and Affirmative Defenses to Plaintiffs Complaint;

17. Defendant's Motion for Extension of Time to Respond to Discovery;

18. Defendant's Response to Plaintiff's First Request for Admissions;

19. Plaintiff's Motion for Extension of Time to Respond to Defendant's Discovery Requests;

20. Notice of Production from Non-Party (Five Star Claims Adjusting);

21. Notice of Production from Non-Party (Adjustment Specialists, Inc.);

22. Notice of Production from Non-Party (Now Restoration, LLC);

23. Notice of Production from Non-Party (J&D Air Conditioning Multi Service LLC);

24. Plaintiff's Notice of Taking Video Deposition Duce Tecum of Defendants Designated Corporate Representative Pursuant to Rule;

25. Plaintiff's Request for Copies;

26. Plaintiff's Motion to Compel Defendants Responses to Plaintiff's Initial Discovery Requests;

27. Uniform Trial Order for Mandatory Calendar Call;

28. Plaintiff's Notice of Service of Answers to Defendants First Set of Interrogatories to Plaintiffs.

29. Notice of Removal to Opposing Counsel;

      30.    Certification and Notice of Filing Notice of Removal.

      3.    This Notice of Removal is filed in the United States District Court for the Southern District of Florida, Fort Lauderdale Division, the court for the district and division which embraces the state court where the removed State Action was pending, and is filed within the time provided for the removal of actions to the United States District Court. *See* 28 U.S.C. § 1446(b).

## COMPLETE DIVERSITY EXISTS

      1.    At the time of the lawsuit and the filing of this Notice of Removal, there was, and still is, complete diversity between Plaintiffs (citizens of Florida), on the one hand, and Defendant, FEDERAL (not a Florida citizen) on the other.

      2.    Plaintiffs, Cheong Park and Sunem Park, are citizens of Florida. According to the Property Appraiser's website for Broward County, Florida, Plaintiffs own the subject property, which is located in Broward County, Florida, with Florida homestead exemptions. Therefore, Plaintiffs are citizens of the State of Florida. A copy of the detailed report showing the homesteaded exemptions from the Office of the Property Appraiser's website is attached as **Exhibit "2."**

      3.    FEDERAL is incorporated in the State of Indiana, and has its principal place of business in the State of New Jersey. Accordingly, at all times material to this action, FEDERAL is a citizen of the States of Indiana and New Jersey. FEDERAL is not a citizen of or incorporated in the State of Florida and does not have its principal place of business in the State of Florida. At all times material to this action, FEDERAL has been a foreign corporation doing business in Florida. Accordingly, FEDERAL is

a citizen of the States of Indiana and New Jersey for purposes of determining diversity under 28 U.S.C. § 1332(c) (1).

4. Accordingly, there is complete diversity of citizenship between the parties within the meaning of 28 U.S.C. §1332, because FEDERAL is a citizen of Indiana and New Jersey and Plaintiffs are citizens of Florida.

## AMOUNT IN CONTROVERSY EXCEEDS $75,000.00

5. Plaintiffs sued FEDERAL for breach of an insurance policy, alleging failure to pay insurance proceeds, according to the Complaint. *See* **Complaint** at ¶9.

6. The Complaint does not state the specific amount of damages sought by Plaintiffs, and only states that this is an action for damages in excess of $50,000.00, inclusive of interest, costs, and attorney's fees. *See* **Complaint** at ¶1.

7. At the time of the filing of the Complaint, the disputed amount was unclear. Therefore, the case was not removable.

8. On December 8, 2023, for the first time after suit was filed, Defendant was made aware that the amount claimed for this matter exceeds $75,000.00.

9. On December 8, 2023, in response to discovery, Plaintiffs provided an estimate from five Star Claims Adjusting for $399,177.95, ("Repair Estimate"). *See* **Exhibit "3": Five Star Claims Adjusting**.

10. On December 8, 2023, in response to discovery, Plaintiffs also provided invoices from Now Restoration for $86,973.56, ("Repair Estimate"). *See* **Exhibit "4": Now Restoration Invoices**.

11. Thus, the entire amount disputed is $486,151.51, exclusive of attorney's fees, which exceeds the jurisdictional threshold of $75,000.00.

12. Because the case was not removable from the face of the initial Complaint, FEDERAL could not file its Notice of Removal within 30 days of service of the initial pleading. However, pursuant to 28 U.S.C. §1446(b)(3), FEDERAL may now proceed.

13. FEDERAL is permitted 30 days to remove from the receipt of the first post-suit paper that provides the basis for removal. *See* 28 U.S.C. § 1446(b)(3); *see also*, *Lowery v. Alabama Power Co.*, 483 F.3d 1184, 1214 (11th Cir. 2007) (discussing that a party must remove within 30 days of receiving the document that provides the basis for removal).

14. FEDERAL is seeking removal within 30 days of receipt of discovery responses provided on December 8, 2023.

15. This Notice of Removal is filed within one (1) year of service of the original action, in accordance with 28 U.S.C. §1446(b)(3) and § 1446 (c) (1). This Notice is timely filed.

### **COMPLIANCE WITH 28 U.S.C. § 1446**

16. FEDERAL files copies of all process, pleadings, and orders served on it in the State Action, and such other papers that are exhibits, as required by 28 U.S.C. § 1446, and the Local Rules of this Court.

17. Pursuant to 28 U.S.C. § 1446(d), FEDERAL provided written notice of the filing of the Notice of Removal, along with copies of this Notice of Removal and

all attachments, to all adverse parties and with the Clerk of Circuit Court of the Sixth Judicial Circuit in and for Broward County, Florida. Attached to this Notice is a copy of all process, pleadings, and orders served upon Defendant, as required by 28 U.S.C. § 1446(a).

**WHEREFORE**, FEDERAL INSURANCE COMPANY respectfully requests that this Court exercise jurisdiction over this matter.

**Respectfully Submitted**.

                              BUTLER WEIHMULLER KATZ CRAIG LLP

                              /s/ Thomas A. Keller
                              THOMAS A. KELLER, ESQ.
                              Florida Bar No.: 0153354
                              tkeller@butler.legal
                              FALYN A. HAHN, ESQ.
                              Florida Bar No: 1012157
                              fhahn@butler.legal
                              Secondary   shayes@butler.legal
                              400 N. Ashley Drive, Suite 2300
                              Tampa, Florida  33602
                              Telephone:   (813) 281-1900
                              Facsimile:   (813) 281-0900
                              *Counsel for Federal Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2023, the foregoing was filed with the Clerk of the Court via the CM/ECF system. I further certify that a true and correct copy of the foregoing has been furnished this day via Electronic Mail to:

> Anthony Moore Dennis, Esq.
> Dennis Kessler, PLLC
> 333 Southeast Second Avenue, Suite 2000
> Miami, FL  33131
> adennis@dklawfl.com
> Secondary:  jherrera@dklawfl.com; eservice@dklawfl.com
> Counsel for Plaintiffs

/s/ Thomas A. Keller
THOMAS A. KELLER, ESQ.