**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

####   I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>SEVENTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>   COUNTY, FLORIDA

<u>SUNEM PARK, CHEONG PARK</u>
Plaintiff                                                    Case # _____
                                                             Judge  _____

vs.
<u>FEDERAL INSURANCE COMPANY</u>
Defendant

####   II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

####   III.    TYPE OF CASE    (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 08/03/2023 11:24:58 AM.****

**CIRCUIT CIVIL**

☐ Condominium
☒ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
  ☐ Business governance
  ☐ Business torts
  ☐ Environmental/Toxic tort
  ☐ Third party indemnification
  ☐ Construction defect
  ☐ Mass tort
  ☐ Negligent security
  ☐ Nursing home negligence
  ☐ Premises liability—commercial
  ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
  ☐ Commercial foreclosure
  ☐ Homestead residential foreclosure
  ☐ Non-homestead residential foreclosure
  ☐ Other real property actions

☐Professional malpractice
  ☐ Malpractice—business
  ☐ Malpractice—medical
  ☐ Malpractice—other professional
☐ Other
  ☐ Antitrust/Trade regulation
  ☐ Business transactions
  ☐ Constitutional challenge—statute or ordinance
  ☐ Constitutional challenge—proposed amendment
  ☐ Corporate trusts
  ☐ Discrimination—employment or other
  ☐ Insurance claims
  ☐ Intellectual property
  ☐ Libel/Slander
  ☐ Shareholder derivative action
  ☐ Securities litigation
  ☐ Trade secrets
  ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**    **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.**    **NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

  1

**VI.**    **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.**    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.**    **DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Anthony Moore Dennis        Fla. Bar # 123526
        Attorney or party               (Bar # if attorney)

Anthony Moore Dennis             08/03/2023
  (type or print name)         Date

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

SUNEM PARK AND CHEONG PARK,                    CASE NO.:

     Plaintiffs,

v.

FEDERAL INSURANCE COMPANY,

     Defendant.

_____/

### PLAINTIFFS' COMPLAINT FOR BREACH OF CONTRACT AND DEMAND FOR JURY TRIAL

**COMES NOW**, Plaintiffs, SUNEM PARK AND CHEONG PARK, through the undersigned counsel, and hereby files this Complaint against Defendant, FEDERAL INSURANCE COMPANY, and as grounds therefore states as follows:

1.     This is an action for damages in excess of FIFTY THOUSAND DOLLARS ($50,000.00), exclusive of interest, attorneys' fees and costs, and is otherwise within the jurisdictional limits of this Court.

2.     At all times material hereto, Defendant was an insurance company authorized to do business in the State of Florida and doing business and maintaining offices and/or agents for the transaction of its customary business in Broward County, Florida.

3.     At all times material hereto, the damaged property is located in Broward County, Florida.

4.     Prior to September 28, 2022, Plaintiffs sought and purchased homeowner's insurance from Defendant to cover their property located at 1500 Northwest 117th Avenue, Plantation, FL 33323 (hereinafter "property and/or Insured Property").

5. The subject policy of insurance, which is believed to be policy number 15157511-01, was issued by Defendant to Plaintiffs to provide property insurance coverage for the Insured Property.

6. Plaintiffs have paid the premiums for the Contract prior to September 28, 2022.

7. At all times material hereto, Plaintiffs and Defendant had a policy of insurance, Policy No. 15157511-01, (hereinafter "Contract"). Plaintiffs are not in possession of a complete certified copy of the Contract; however, the Contract is well known to and in the possession of Defendant, and Plaintiffs have requested a formal copy of the Contract through a Request to Produce which has been served upon Defendant contemporaneously with this Complaint. *See Equity Premium, Inc. v. Twin City Fire Ins. Co.*, 956 So. 2d 1257 (Fla. 4th DCA 2007); *Amiker v. Mid-Century Ins. Co.*, 398 So. 2d 974 (Fla. 1st DCA 1981); *Parkway General Hospital Inc. v. Allstate Ins. Co.*, 393 So. 2d 1171 (Fla. 3rd DCA 1981).

8. The Insured Property sustained direct physical damage as a result of hurricane Ian on or about September 28, 2022.

9. The policy described in paragraph 7 above was in full force and effect as of September 28, 2022.

10. Defendant received timely notice of the loss.

11. Defendant assigned the loss reported by Plaintiffs and described in paragraph 8 above a claim number believed to be 047522017216.

12. Defendant and its agents requested and were given access and the opportunity to inspect the Insured Property and the reported damage arising from the loss described in paragraph 8 above.

13. Prior to this action, the Defendant denied coverage and/or failed to issue full payment for the loss described in paragraph 8 above pursuant to the terms and coverages available under the Contract.

14. This is an action relating to Defendant's breach of Contract for its failure to provide the appropriate amount of coverage and properly pay the full amount of insurance proceeds owed to Plaintiffs.

15. Jurisdiction and venue of this matter are proper in the Circuit Court for Broward County, Florida.

## COUNT I – BREACH OF CONTRACT

16. Plaintiffs reallege and reincorporate paragraphs 1-15 as if fully stated herein, and further allege as follows:

17. During the above Contract period the Insured Property sustained direct physical damages to the property, including but not limited to the roof and dwelling.

18. Plaintiffs provided timely notice of the loss, described in paragraph 8, above to the Defendant.

19. Prior to the initiation of this lawsuit, Defendant has denied coverage under the Contract for the damages referenced herein and/or has refused or otherwise failed to issue full payment to Plaintiffs for the physical damages to the Insured Property sustained during the Contract period.

20. The Defendant has wrongfully determined the damages to the Insured Property are excluded under the Contract and/or represented that the damages are less than the damages actually sustained as a result of the loss.

21. The Plaintiffs have provided notice, complied with all obligations, and conditions precedent to this lawsuit, and as required by Florida Statute, including F.S. § 627.70152,[1] which would entitle Plaintiffs to recover under the Contract or such conditions/obligations have been waived.

22. The Plaintiffs have complied with all policy obligations and conditions precedent to this lawsuit which would entitle the Plaintiffs to recover benefits under the Contract, or such conditions/obligations have been waived.

23. Defendant has failed to provide complete coverage and/or issue full payment for the physical damages that occurred as a result of the loss during the Contract period.

24. This failure is contrary to the terms of the Contract and constitutes a breach of the Contract.

25. The Plaintiffs have been damaged by this breach in the form of unpaid insurance proceeds needed to restore the Insured Property to its pre-loss condition as a result of Defendant refusing to provide complete coverage and pay the full amount owed under the Contract.

26. As a direct and proximate result of Defendant's breach of Contract, Plaintiffs have been required to retain the services of the undersigned attorneys to represent and protect the interests of Plaintiffs and Plaintiffs have become obligated to pay them a reasonable fee for their services in bringing this action.

27. In the event that Plaintiffs prevail in this action, Plaintiffs are entitled to an award of attorneys' fees and costs pursuant to section §627.428, §626.9373, §627.70152 and §57.041, of Florida Statutes and/or any other Florida Law.

---

[1] Despite compliance with F.S. § 627.70152, Plaintiffs do not concede nor contend such statute applies retroactively to policies that incepted or renewed prior to July 1, 2021 – i.e., the date F.S. § 627.70152 was enacted. *See Menendez v. Progressive Express Inc. Co.*, 35 So. 3d 873 (Fla. 2010).

WHEREFORE, Plaintiffs demand judgment against Defendant for damages, including but not limited to damages owed under the Contract, statutory interest, and attorneys' fees and costs.

## DEMAND FOR JURY TRIAL

Plaintiffs further demand a trial by jury of all issues so triable as a matter of right.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a certified copy of the foregoing has been served on Defendant.

*/s/ Anthony Dennis*
ANTHONY M. DENNIS, ESQ.
Florida Bar No.: 123526
**DENNIS KESSLER, PLLC**
Attorneys for Plaintiffs
333 SE 2nd Avenue, Suite 2000,
Miami, FL 33131
Phone: (813) 607-5111
Fax: (813) 522-6157
Primary: adennis@dklawfl.com
Secondary: jherrera@dklawfl.com
e-service email address: eservice@dklawfl.com

IN THE CIRCUIT COURT OF THE
SEVENTEENTH        JUDICIAL
CIRCUIT    IN    AND    FOR
BROWARD COUNTY, FLORIDA

SUNEM PARK AND CHEONG PARK,                    CASE NO.:

　　　Plaintiffs,

v.

FEDERAL INSURANCE COMPANY,

　　　Defendant.

_____/

## **PLAINTIFFS' NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES**

**COMES NOW**, Anthony Dennis, Esq. files an appearance as attorney of record for

Plaintiffs, SUNEM PARK AND CHEONG PARK, and files the Designation of Primary,

Secondary, and E-Service Email Addresses pursuant to Rule 2.516. Plaintiffs designate the

following e-mail addresses for electronic service of all pleadings in the above-styled cause as

follows:

　　　Primary email addresses shall be: adennis@dklawfl.com

　　　Secondary email address: jherrera@dklawfl.com

　　　E-Service email address: eservice@dklawfl.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a certified copy of the foregoing has been served on Defendant.

/s/ Anthony Dennis
ANTHONY M. DENNIS, ESQ.
Florida Bar No.: 123526
**DENNIS KESSLER, PLLC**
Attorneys for Plaintiffs
333 SE 2nd Avenue, Suite 2000,
Miami, FL 33131
Phone: (813) 607-5111
Fax: (813) 522-6157
Primary: adennis@dklawfl.com
Secondary: jherrera@dklawfl.com
e-service email address: eservice@dklawfl.com

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL
CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

SUNEM PARK AND CHEONG PARK,                    CASE NO.:

      Plaintiffs,

v.

FEDERAL INSURANCE COMPANY,

      Defendant.

_____/

## PLAINTIFFS' NOTICE OF SERVICE OF FIRST INTERROGATORIES TO DEFENDANT

**COMES NOW**, Plaintiffs, SUNEM PARK AND CHEONG PARK, through undersigned counsel, hereby files Plaintiffs' First Set of Interrogatories to Defendant, FEDERAL INSURANCE COMPANY, to be answered in writing and under oath within forty-five (45) days after service as provided by Florida Rule of Civil Procedure 1.340.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a certified copy of the foregoing has been served on Defendant.

          */s/ Anthony Dennis*
          ANTHONY M. DENNIS, ESQ.
          Florida Bar No.: 123526
          **DENNIS KESSLER, PLLC**
          Attorneys for Plaintiffs
          333 SE 2nd Avenue, Suite 2000,
          Miami, FL 33131
          Phone: (813) 607-5111
          Fax: (813) 522-6157
          Primary: adennis@dklawfl.com
          Secondary: jherrera@dklawfl.com
          e-service email address: eservice@dklawfl.com

## **PLAINTIFFS' FIRST INTERROGATORIES TO DEFENDANT**

1. What is your name, address, and, if you are answering for someone else, your official position or relationship with the party to whom the interrogatories are directed?


   Answer:



2. Identify any and all policies of insurance which you contend provided insurance coverage over the insured property that is the subject of this lawsuit, regardless of whether or not you believe the loss to be covered, detailing:
   a. the name of the insurer;
   b. the policy number;
   c. the available limits of liability.


   Answer:



3. Please state if you contend the subject loss alleged in the complaint is not covered under the subject insurance policy referenced in the complaint. If so, please identify:
   a. specific language in the insurance policy that you are relying upon to support this contention; and
   b. specific facts that support the policy language relied upon.


   Answer:



4. State the facts upon which you rely on for each affirmative defense asserted in your Answer to Plaintiffs' Complaint. *(A notation or reference advising the Plaintiffs to review the filed Answer and Affirmative Defenses is not a sufficient response).*



   Answer:

5. List the names, addresses and telephone numbers of all persons who are believed or known to have any knowledge concerning any of the issues in this lawsuit and specify the subject matter about which the witness has knowledge.

Answer:

6. Please state with specificity any conditions precedent or subsequent to the Plaintiffs' claims that you contend were not fulfilled prior to the filing of this lawsuit.

Answer:

7. Please provide a list of the names and current addresses of any and all individuals employed by or agents of the Defendant who were in any way involved with the handling of Plaintiffs' claim, including those individuals who inspected, photographed or otherwise visited the subject property for any purpose after the subject date of loss. Please include a short statement of the persons knowledge and involvement.

Answer:

8. Please state the date that you first received notice of this claim, specifically identifying
   a. who reported the claim;
   b. the method of reporting (i.e. phone, email, etc.)
   c. the name of any individual on behalf of Defendant who received the initial claim reporting; and
   d. what was specifically reported.

Answer:

9. For each denied or withheld payment for the subject claim listed above, please state in detail the legal ground and the factual basis upon which the claim was denied, the exact wording of any applicable policy provisions, and the exact wording of any statutory language or case law upon which you base your denial or withholding of payment.

   Answer:

10. Please state if any individual that inspected the subject property for the instant claim prepared any sort of report. If so, please state:
    a. the date the report was prepared;
    b. the conclusions of the report; and
    c. whether you relied upon the report in making a coverage determination for the subject insurance claim.

    Answer:

11. Please state the exact date Defendant anticipated litigation and provide an explanation as to the factual basis for why the Defendant anticipated litigation on this date.

    Answer:

12. If you claim you were unable to pay Plaintiffs' claim because you had insufficient information or the notice of claim did not have sufficient support, state:
    a. When you notified Plaintiffs that you had insufficient information/support;
    b. Each and every effort made by you to obtain the needed information.

    Answer:

13. If you are asserting the roof of the subject property can be repaired and does not need to be replaced, please state with specificity, the method in which the repair can be completed, the cost to complete the repair, and whether permits and/or a notice of acceptance from the County in which the property is located would be required.

Answer:

14. Please state if overhead and profit was paid for or included in Defendant estimate for repairs. If so, please state how it was calculated. If not, please state the basis for not including overhead and profit.

Answer:

15. Please state the amount of covered damages Defendant estimated for prior to the initiation of the action. If no number was estimated, please state the basis for such.

Answer:

16. Please state how the amount of recoverable depreciation was calculated for the subject claim. If any formulas, calculations or documents were relied upon, please state what these were and who is in possession of them.

Answer:

## **JURAT PAGE**

Dated _____, 2023.


_____
Signature of Agent for Defendant

STATE OF _____

COUNTY OF _____

      **SWORN AND SUBSCRIBRED** before me in the aforesaid County and State, the

undersigned authority, by means of ☐ **physical presence** or ☐ **online notarization**, this _____

day of _____, 2023, by the Agent for Defendant

_____, who deposed and stated that the information contained

in the foregoing Answers to Interrogatories is true and correct, to the best of his/her knowledge

and belief.

_____
Notary Public
Commission No. _____

_____
(Name of Notary typed, printed or stamped)
My commission expires: _____

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL
CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

SUNEM PARK AND CHEONG PARK,                    CASE NO.:

    Plaintiffs,

v.

FEDERAL INSURANCE COMPANY,

    Defendant.

_____/

### PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS TO DEFENDANT

COMES NOW, Plaintiffs, SUNEM PARK AND CHEONG PARK, by and through the undersigned counsel and pursuant to Florida Rule of Civil Procedure 1.370, hereby files its First Request for Admissions to Defendant, FEDERAL INSURANCE COMPANY, as follows:

1.    Please admit insurance policy number 15157511-01 was in effect at the time of the loss.

2.    Please admit insurance policy number 15157511-01 provides insurance for the property that is the subject of this lawsuit.

3.    Please admit insurance policy number 15157511-01 provides coverage for direct physical damages caused by hurricane damage.

4.    Please admit the Defendant requested an examination under oath for claim number 047522017216 prior to the filing of this lawsuit.

5.    Please admit Defendant requested a sworn proof of loss for claim number 047522017216 prior to the filing of this lawsuit.

6.    Please admit Defendant requested a recorded statement of Plaintiffs for claim number 047522017216.

7.     Please admit Defendant invoked its option to repair for claim number 047522017216 prior to the filing of the instant lawsuit.

8.     Please admit Defendant retained an individual to determine the cause and origin of any damages observed during the pre-suit investigation for claim number 047522017216.

9.     Please admit Defendant and/or the individual retained to inspect the property for claim number 047522017216 did not perform an inspection of the attic.

10.     Please admit the Defendant did not draft/obtain a damage estimate for the damages observed at the insured property relating to claim number 047522017216 prior to the initiation of this lawsuit.

11.     Please admit the individual/adjuster whose services Defendant employed to inspect the insured property relating to claim number 047522017216 was not retained by Defendant to determine the cause of the damages sustained as a result of the subject loss.

12.     Please admit the individual/adjuster whose services Defendant employed to inspect the insured property relating to claim number 047522017216 was unable to rule out hurricane Ian as the cause of the damages sustained as a result of the subject loss.

13.     Please admit Defendant did not have a Florida-licensed engineer examine Plaintiffs' property for claim number 047522017216 prior to the initiation of this lawsuit.

14.     Please admit Defendant did not have a Florida-licensed General Contractor inspect Plaintiffs' property for claim number 047522017216 prior to the initiation of this lawsuit.

15.     Please admit Defendant did not have a Florida-licensed roofer examine Plaintiffs' property for claim number 047522017216 prior to the initiation of this lawsuit.

16.     Please admit there were no factors beyond Defendant's control which prevented Defendant from investigating or adjusting the claim within 90 days of receiving first notice of the claim.

17.     Please admit Defendant has not issued payment to the Plaintiffs for claim number 047522017216 prior to the initiation of this lawsuit.

18.     Please admit the Plaintiffs and/or Plaintiffs' representative disputed the coverage decision rendered by Defendant for claim number 047522017216 prior to the initiation of this lawsuit.

19.     Please admit Defendant withheld an amount for recoverable depreciation.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a certified copy of the foregoing has been served on Defendant.

*/s/ Anthony Dennis*
ANTHONY M. DENNIS, ESQ.
Florida Bar No.: 123526
**DENNIS KESSLER, PLLC**
Attorneys for Plaintiffs
333 SE 2nd Avenue, Suite 2000,
Miami, FL 33131
Phone: (813) 607-5111
Fax: (813) 522-6157
Primary: adennis@dklawfl.com
Secondary: jherrera@dklawfl.com
e-service email address: eservice@dklawfl.com

IN THE CIRCUIT COURT OF THE
SEVENTEENTH        JUDICIAL
CIRCUIT    IN    AND    FOR
BROWARD COUNTY, FLORIDA

SUNEM PARK AND CHEONG PARK,                    CASE NO.:

     Plaintiffs,

v.

FEDERAL INSURANCE COMPANY,

     Defendant.

_____/

### PLAINTIFFS' FIRST REQUEST FOR PRODUCTION TO DEFENDANT

COMES NOW, Plaintiffs, SUNEM PARK AND CHEONG PARK, by and through the undersigned counsel and pursuant to Florida Rule of Civil Procedure 1.350, hereby files its First Request for Production to Defendant, FEDERAL INSURANCE COMPANY, as follows:

1.     A certified copy of the subject insurance policy, including any and all endorsements, addendums, attachments and enclosures.

2.     Any and all applications for any and all insurance with the Defendant, including the subject insurance policy, including any photographs taken in the underwriting policy, any documents Plaintiffs provided to Defendant and any four-point inspections Defendant relied upon in issuing insurance for this property.

3.     The complete underwriting file for the subject insurance policy.

4.     Any and all checks, drafts, documents, items, notices, pamphlets, questionnaires, surveys, and/or instruments evidencing payment to the Plaintiffs and/or the Plaintiffs' representatives for the subject claim. (Note this includes, but it not limited to, any correspondences, letters, reports, and/or estimates enclosed or attached with payment).

5.      A copy of any and all recorded statements taken by Defendant and/or its agents for the subject claim.

6.      Any reports discussing any damages and/or the lack of damages to the subject property prepared during the investigation of this claim.

7.      Any and all claim notes, documents, materials, and/or reports reflecting any statements of Plaintiffs and/or the Plaintiffs' representatives (including paraphrased statements) in reference to the subject claims.

8.       Any and all notes, document, materials, and/or reports reflecting any statements of Plaintiffs and/or the Plaintiffs' representatives that Defendant relied upon and/or considered in making a coverage decision for the subject claim.

9.      Any and all notes, document, materials, and/or reports reflecting any statements of Plaintiffs and/or the Plaintiffs' representatives that Defendant relied upon to support the Defendant's affirmative defenses asserted in the subject action.

10.     A copy or any examinations under oaths taken for the subject claim, including any audio or transcriptions of same.

11.     Any and all photographs of the subject property in Defendant's possession.

12.     Any and all photographs of the subject property Defendant relied upon and/or considered in making a coverage decision for the subject claim.

13.      The entire claim file(s) for any claims occurring prior to the subject loss at the insured property.

14.      The entire claim file(s) for any claims occurring subsequent to the subject loss at the insured property.

15.     A privilege log for any and all documents withheld from production during discovery in the instant action.

16.     Any and all photos or videos taken for the subject claim by Defendant and/or its representatives, including drone footage and/or aerial photographs.

17.     Any and all correspondences, emails, text messages and/or communications sent to/by Defendant in reference to the subject claim.

18.     Any and all recordings of verbal communication between Defendant and Plaintiffs/Plaintiffs' representatives.

19.     Any and all correspondences, emails, text messages and/or communications received by Defendant in reference to the subject claim.

20.     Any estimates prepared by Defendant and/or on Defendant's behalf for the subject claim.

21.     Any and all reports or narratives prepared by any individual who inspected the subject property on Defendant's behalf.

22.     Any and all invoices for any individual who inspected the subject property on Defendant's behalf for the subject claim.

23.     Any and all documents, correspondence, letters, emails, and/or other materials requesting a sworn proof of loss for the subject claim.

24.     Any and all documents, correspondence, letters, emails, and/or other materials requesting an examination under oath for the subject claim.

25.     Any documents communicating a coverage decision to the Plaintiffs/Plaintiffs' representatives for the subject claim, (including tracking numbers for certified mailing).

26.     Any reservation of rights letter(s) sent by Defendant and/or on Defendant's behalf in reference to the subject claim.

27.     Any estimates, contracts and/or proposals Defendant received from Plaintiffs and/or on Plaintiffs behalf for the subject claim.

28.     Any and all documents, correspondence, letters, emails, and/or other materials requesting appraisal submitted by either party for the subject claim.

29.     If Defendant determined the claimed damages were pre-existing, any documents that support this assertion.

30.     If Defendant determined the claimed damages were long term, any documents that support this assertion.

31.     If Defendant determined the claimed damages were due to wear and tear, any documents that support this assertion.

32.     If Defendant determined the claimed damages were due to neglect, any documents that support this assertion.

33.     Any and all documents and/or other materials reflecting Defendant invoking its option to repair under the policy.

34.     Any and all documents and/or other materials relied upon to support the affirmative defenses asserted by Defendant in this action.

35.     Any and all documents and/or other materials relied upon to support the factual information known to the Defendant and being used to support the affirmative defenses asserted in this action.

36.     Any and all documents relating to any alleged material misrepresentation(s) regarding the subject claim.

37.     Any and all documents relating to any alleged fraud regarding the subject claim.

38.     Any and all documents relating to any alleged failure to cooperate by the Plaintiffs regarding the subject claim.

39.      Any and all documents the Defendant relied upon and/or considered in making a coverage decision for the subject claim.

40.     Any evidence of the subject property showing that permits are not necessary to complete the repairs.

41.     If the Defendant determined the damages sustained as a result of the subject loss can be repaired, any documents and/or other materials that support this assertion.

42.     Any and all documents and/or other materials relied upon by the Defendant to determine the cause and origin on the damages observed at the subject property as a result of the subject loss.

43.      Any and all documents and/or other materials relied upon by the Defendant to determine the ACV and RCV amount of damages being claimed by the Plaintiffs as a result of the subject loss.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a certified copy of the foregoing has been served on Defendant.

*/s/ Anthony Dennis*

ANTHONY M. DENNIS, ESQ.
Florida Bar No.: 123526
**DENNIS KESSLER, PLLC**
Attorneys for Plaintiffs
333 SE 2nd Avenue, Suite 2000,
Miami, FL 33131
Phone: (813) 607-5111
Fax: (813) 522-6157
Primary: adennis@dklawfl.com
Secondary: jherrera@dklawfl.com
e-service email address: eservice@dklawfl.com

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL
CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

SUNEM PARK AND CHEONG PARK,                    CASE NO.:

      Plaintiffs,

v.

FEDERAL INSURANCE COMPANY,

      Defendant.

_____/

## NOTICE OF TAKING VIDEO DEPOSITION DUCES TECUM

**PLEASE TAKE NOTICE** that the undersigned attorney will take the deposition of the below named persons for use during discovery and/or at trial on the date, time and place as indicated below:

| NAME | DATE AND TIME | LOCATION |
|------|---------------|----------|
| *The Corporate Representative* of **FEDERAL INSURANCE COMPANY,** *Defendant.* | To be provided by Defendant within 30 days of receipt of the summons. If no date is provided a date and time (EST) will be selected by the Plaintiffs. | TBD (video/zoom information) |

Page 2

Upon oral examination before a retained Court Reporter., a notary public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial, in related claims, or for such other purposes as are permitted under the rules of court or permitted under the Florida Rules of Civil Procedure. The deponent is directed to produce for inspection and/or copying the documents listed in schedule B of this notice 10 days prior to the scheduled deposition. If the documents are not provided prior to the deposition Defendant is put on notice that Plaintiffs will reserve the necessary time prior to the deposition in order to review the documents. Plaintiffs will reimburse deponent for all reasonable costs associated with producing the requested documents as allowed by the Florida Rules of Civil Procedure. If any documents are being claimed as privileged, Defendant must file a privilege log prior to the deposition with enough time for the Court to rule upon said objections prior to the deposition.

**PLEASE ADVISE THE UNDERSIGNED IF AN INTERPRETER IS REQUIRED FOR THE DEPOSITION**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a certified copy of the foregoing has been served on Defendant.

/s/ Anthony Dennis
ANTHONY M. DENNIS, ESQ.
Florida Bar No.: 123526
**DENNIS KESSLER, PLLC**
Attorneys for Plaintiffs
333 SE 2nd Avenue, Suite 2000,
Miami, FL 33131
Phone: (813) 607-5111
Fax: (813) 522-6157
Primary: adennis@dklawfl.com
Secondary: jherrera@dklawfl.com
e-service email address: eservice@dklawfl.com

Page 3
_____

## SCHEDULE A
## (WITNESS WILL BE EXPECTED TO TESTIFY REGARDING ALL TOPICS LISTED BELOW)

1.      The Corporate Representative who can identify by full name and company title all persons who participated in the handling of the insurance claim that is the subject of this action.

2.      The Corporate Representative who can testify as to the complete investigation of the insurance claim that is the subject of this action.

3.      The Corporate Representative who can testify as to any payments that were made on their behalf in reference to the insurance claim that is the subject of this action.

4.      The Corporate Representative who can testify as to the valuation of the insurance claim that is the subject of this action.

5.      The Corporate Representative who can testify to the facts relied upon to support the coverage decision rendered for the subject claim and the affirmative defenses asserted by Defendant in this action.

6.      The Corporate Representative who can testify to any and all documents relied upon to support the coverage decision rendered for the subject claim and the affirmative defenses asserted by Defendant in this action.

7.      The Corporate Representative who can testify to any statements from the Plaintiff/Plaintiff's representatives.

Page 4

8.      The Corporate Representative who can testify to any and all documents received/provided to/from the Plaintiff/Plaintiff's representatives for the subject claim.

9.      The Corporate Representative who can testify as to Defendant's responses to written discovery in this action.

10.     The Corporate Representative who can identify the provisions of the insurance policy relied upon by the Defendant to support its coverage decision/affirmative defenses asserted in this action.

11.     The Corporate Representative who can testify as to the date Defendant anticipated litigation as to the insurance claim that is the subject of this claim.

12.     The credentials of any individual who Defendant retained to perform services, emergency mitigation, repairs or emergency tarping services at the subject property for the subject claim.

## SCHEDULE "B"

1.      All documents the deponent reviewed in preparation of this deposition.

2.      All documents the deponent will rely upon in responding to the topics listed in Schedule "A" during the deposition.

3.      The entire claim file for the insurance claim that is the subject of this action, including but not limited to the policy, invoices, reports prepared by Defendant or on its behalf, documents reflecting payments, and the credentials of any person who inspected, handled or retained to make repairs at the property for the insurance claim that is the subject of this claim.

4.      Any and all documents, photographs, estimates, invoices, and/or other materials received by/sent by Defendant during the investigation of the subject claim.

5.      Any and all documents being relied upon by the Defendant that relate to the condition of the property.

6.      Any documents, notes, and/or logs as to the directives and/or parameters for any inspections conducted on behalf of Defendant for the claim that is the subject of this action.

7.      Any communications (including emails, letters, correspondence, log notes, claim notes, summaries, transcripts, and/or text messages) that are anyway associated with the insurance claim that is the subject of this action.

8.      The complete underwriting file for the insurance policy that is the subject of this action.

Page 5

9.     Any and all documents that Defendant is relying upon in defense to this action, including any and all documents that support the affirmative defenses asserted and coverage determination made for the subject claim.

IN THE CIRCUIT COURT OF THE
SEVENTEENTH        JUDICIAL
CIRCUIT      IN      AND      FOR
BROWARD COUNTY, FLORIDA

SUNEM PARK AND CHEONG PARK,                    CASE NO.:

     Plaintiffs,

v.

FEDERAL INSURANCE COMPANY,

     Defendant.

_____/

## NOTICE OF TAKING VIDEO DEPOSITION DUCES TECUM

**PLEASE TAKE NOTICE** that the undersigned attorney will take the deposition of the

below named persons for use during discovery and/or at trial on the date, time and place as

indicated below:

| NAME | DATE AND TIME | LOCATION |
|---|---|---|
| *Individual that inspected the property on behalf of the Defendant for the subject claim.* | To be provided by Defendant within 30 days of receipt of the summons. If no date is provided a date and time (EST) will be selected by the Plaintiffs. | TBD (video/zoom information) |

Upon oral examination before a retained Court Reporter., a notary public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial, in related claims, or for such other purposes as are permitted under the rules of court or permitted under the Florida Rules of Civil Procedure. The deponent is directed to produce for inspection and/or copying the documents listed in schedule B of this notice 10 days prior to the scheduled deposition. If the documents are not provided prior to the deposition Defendant is put on notice that Plaintiffs will reserve the necessary time prior to the deposition in order to review the documents. Plaintiffs will reimburse deponent for all reasonable costs associated with producing the requested documents as allowed by the Florida Rules of Civil Procedure. If any documents are being claimed as privileged, Defendant must file a privilege log prior to the deposition with enough time for the Court to rule upon said objections prior to the deposition.

**PLEASE ADVISE THE UNDERSIGNED IF AN INTERPRETER IS REQUIRED FOR THE DEPOSITION**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a certified copy of the foregoing has been served on Defendant.

*/s/ Anthony Dennis*
ANTHONY M. DENNIS, ESQ.
Florida Bar No.: 123526
**DENNIS KESSLER, PLLC**
Attorneys for Plaintiffs
333 SE 2nd Avenue, Suite 2000,
Miami, FL 33131
Phone: (813) 607-5111
Fax: (813) 522-6157
Primary: adennis@dklawfl.com
Secondary: jherrera@dklawfl.com
e-service email address: eservice@dklawfl.com

Page 3

## SCHEDULE B
## (WITNESS WILL BE EXPECTED TO BRING AND/OR PROVIDE ANY DOCUMENTS RELIED UPON)

1.      Any and all documents the deponent reviewed in preparation of this deposition.

2.      Any communications such as email, letters, faxes, text messages, etc. between the deponent and the Plaintiff and/or Plaintiff's representatives for the subject insurance claim.

3.      Any communications such as email, letters, faxes, text messages, etc. prepared and/or sent by the deponent in reference to the subject claim.

4.      Any documents provided by the Defendant to the deponent prior to the inspection of the subject property.

5.      Any reports prepared and/or reviewed by the deponent for the subject claim.

6.      Any estimates prepared and/or reviewed by the deponent for the subject claim.

7.      Any affidavits and/or sworn testimony executed and/or to be executed by the deponent for the subject claim.

8.      All pictures, whether taken during an inspection or provided by a third party, in review by the deponent for the subject claim.

9.      Any and all information relied upon by the deponent to support any opinions on the cause or duration of the damages observed at the subject property.

Page 4

_____

      10.     Any and all information, statements, or remarks from the Insured or Insured's representatives during the inspection.

      11.     A copy of your curriculum vitae/resume and a copy of your Florida adjusting license.

      12.     A copy of any and all professional licenses and/or certifications, including but not limited to general contracting, roofing, building contractor, mold remediation, fire, water remediation, engineering or plumbing.

CACE-23-016432

IN THE CIRCUIT COURT OF THE
SEVENTEENTH      JUDICIAL
CIRCUIT    IN    AND    FOR
BROWARD COUNTY, FLORIDA

SUNEM PARK AND CHEONG PARK,                    CASE NO.: CACE-23-016432

    Plaintiffs,

v.

FEDERAL INSURANCE COMPANY,

    Defendant.

_____/

## SUMMONS

**THE STATE OF FLORIDA:**
To Each Sheriff of the State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the
Complaint, Interrogatories, Request for Production, Request for Admissions, Notice of
Depositions, and Notice of E-mail Designation in the above-styled cause upon the Defendant:

    PLEASE SERVE:    **FEDERAL INSURANCE COMPANY**

    BY SERVING:    Insurance Commissioner of the State of Florida,
    for and on behalf of the Defendant,
    in accordance with Florida Statutes.

    c/o Florida Chief Financial Officer as Reg. Agent
    200 E. Gaines St.
    Tallahassee, FL 32399-0000

    DATED    AUG 07 2023    **BRENDA D. FORMAN**
    As Clerk of Court

    **BRENDA D. FORMAN**

    By:   _____
    As Deputy Clerk
    (COURT SEAL)

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of the court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, property, and money may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). Also, you may call your insurance company representative if you believe you are covered for this loss.

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contester la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los nombres demanda a tiemp, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisites legales. Si lo desea, puede usted consultar a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo teimpo en que presenta su repuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judicares ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cetta citation pour deposer una reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommes ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite de le relai requis, vous risqué de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocet. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme una reponse ecrite, il vous faudra egalement , en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocet) nomme cidessous.

REPLY TO:

_/s/ Anthony Dennis_

ANTHONY M. DENNIS, ESQ.
Florida Bar No.: 123526
**DENNIS KESSLER, PLLC**
Attorneys for Plaintiffs
333 SE 2nd Avenue, Suite 2000,
Miami, FL 33131
Phone: (813) 607-5111
Fax: (813) 522-6157
Primary: adennis@dklawfl.com
Secondary: jherrera@dklawfl.com
e-service email address: eservice@dklawfl.com

Case 0:23-cv-62429-DSL Document 1-3 Entered on FLSD Docket 12/29/2023 Page 38 of 100

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

SUNEM PARK AND CHEONG PARK

PLAINTIFF(S)

VS.

FEDERAL INSURANCE COMPANY

DEFENDANT(S)
_____/

SUMMONS, COMPLAINT, DISCOVERY, NOA

**CASE #:** **CACE-23-016432**
**COURT:** **17TH JUDICIAL CIRCUIT**
**COUNTY:** **BROWARD**
**DFS-SOP #:** 23-000394749

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Tuesday, August 8, 2023 and a copy was forwarded by ELECTRONIC DELIVERY on Wednesday, August 9, 2023 to the designated agent for the named entity as shown below.

    FEDERAL INSURANCE COMPANY
    DONNA MOCH
    1200 SOUTH PINE ISLAND ROAD
    PLANTATION, FL 33324

**\*Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule 1.080.**

Jimmy Patronis
Chief Financial Officer

ANTHONY DENNIS
PARTNER
DENNIS KESSLER
333 SE 2ND AVENUE, SUITE 2000
MIAMI, FL 33131

JM1

Office of the General Counsel - Service of Process Section
200 East Gaines Street - P.O. Box 6200 - Tallahassee, FL 32314-6200 - (850)413-4200

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

SUNEM PARK AND CHEONG PARK,

Plaintiffs,                                    CASE NO.: CACE-23-016432

vs.

FEDERAL INSURANCE COMPANY,

Defendant.

_____/

## NOTICE OF APPEARANCE
## AND DESIGNATION OF E-MAIL ADDRESSES

COME NOW THOMAS A. KELLER, ESQ., and FALYN A. HAHN, ESQ., with the

law firm of Butler Weihmuller Katz Craig LLP and hereby file their Notice of Appearance

to represent the Defendant, FEDERAL INSURANCE COMPANY. It is respectfully

requested that all future pleadings and discovery be served upon the undersigned in

connection with this action.

NOTICE IS ALSO HEREBY GIVEN that the Defendant, FEDERAL INSURANCE

COMPANY, by and through its undersigned counsel, and pursuant to the Supreme Court

of Florida No. SC10-2101, Fla. Judicial Admin. R. 2.516(b)(1)(A), hereby designate the

following primary and secondary e-mail addresses:

           Primary:      tkeller@butler.legal
                         fhahn@butler.legal

           Secondary:    knieman@butler.legal

BUTLER WEIHMULLER KATZ CRAIG LLP

*[signature]*

THOMAS A. KELLER, ESQ.
Florida Bar No.:  0153354
tkeller@butler.legal
FALYN A. HAHN, ESQ.
Florida Bar No.:  1012157
fhahn@butler.legal
Secondary:   knieman@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:   (813) 281-1900
Facsimile:    (813) 281-0900
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that the foregoing instrument was served utilizing the Court's e-filing portal

and e-service in accordance with Fla.R.Jud.Admin. 2.516 and AOSC13-49 on August 28,

2023 to:

Anthony Moore Dennis, Esq.
Florida Bar No.: 123526
Dennis Kessler, PLLC
333 Southeast Second Avenue, Suite 2000
Miami, FL  33131
Primary: adennis@dklawfl.com
Secondary: jherrera@dklawfl.com
E Service Email Address: eservice@dklawfl.com

Attorneys For:  Plaintiff

*[signature]*

FALYN A. HAHN, ESQ.

2

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

SUNEM PARK AND CHEONG PARK,

Plaintiffs,                                    CASE NO.: CACE-23-016432

vs.

FEDERAL INSURANCE COMPANY,

Defendant.

_____/

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, FEDERAL INSURANCE COMPANY ("FEDERAL"), moves for an

enlargement of time to respond to Plaintiff's Complaint, and states:

1.  FEDERAL was served with the Complaint on August 9, 2023.

2.  FEDERAL's response to the Complaint is currently due on August 29, 2023.

3.  FEDERAL and its counsel have been diligently working to formulate a proper
    response to the Complaint.

4.  Despite that diligent effort, FEDERAL and its counsel need additional time to
    formulate a proper response.

5.  Fla. R. Civ. P. 1.090 allows for an enlargement of time upon cause shown so long
    as the motion for the enlargement of time is made within the period to be enlarged.

6.  FEDERAL has shown cause in this motion, and FEDERAL is moving for the
    enlargement of time within the period to be enlarged.

7.  FEDERAL respectfully requests an additional twenty (20) days to respond to the
    Complaint.

8.    This motion is made in good faith and not for the purpose of delay.

9.    FEDERAL is not aware of any facts that would cause FEDERAL or its counsel to

believe that Plaintiff will be prejudiced by this enlargement of time.

WHEREFORE, FEDERAL prays the Court enlarge FEDERAL's time to respond to

the Complaint by an additional twenty (20) days from September 18, 2023.

BUTLER WEIHMULLER KATZ CRAIG LLP

THOMAS A. KELLER, ESQ.
Florida Bar No.: 0153354
tkeller@butler.legal
FALYN A. HAHN, ESQ.
Florida Bar No.: 1012157
fhahn@butler.legal
Secondary:   knieman@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:   (813) 281-1900
Facsimile:    (813) 281-0900
*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I certify that the foregoing instrument was served utilizing the Court's e-filing portal

and e-service in accordance with Fla.R.Jud.Admin. 2.516 and AOSC13-49 on August 29,

2023 to:

        Anthony Moore Dennis, Esq.
        Florida Bar No.: 123526
        Dennis Kessler, PLLC
        333 Southeast Second Avenue, Suite 2000
        Miami, FL  33131
        Primary: adennis@dklawfl.com
        Secondary: jherrera@dklawfl.com
        E Service Email Address: eservice@dklawfl.com

        Attorneys For:  Plaintiff

                        *Falyn Hahn*

                        FALYN A. HAHN, ESQ.

3

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. **CACE23016432** DIVISION: **25** JUDGE: **Olefson, Shari Africk (25)**

**SUNEM PARK, et al**

Plaintiff(s) / Petitioner(s)

v.

**FEDERAL INSURANCE COMPANY**

Defendant(s) / Respondent(s)

_____ /

## **AGREED ORDER**

THIS CAUSE came before the Court upon the agreement of the parties on Defendant's request for an extension of time in which to respond to Plaintiffs' Complaint. The Court, having been advised of the agreement of counsel for the parties and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED**:

1. Defendant's Motion for Enlargement of time to Respond to Plaintiffs' Complaint is **GRANTED**.

2. Defendant shall respond to Plaintiffs' Complaint on or by September 18, 2023.

3. PLAINTIFF WILL PROMPTLY NOTICE THE J.A AND REQUEST A UTO WHEN THE CASE IS AT ISSUE. IF NOT UTO IS ENTERED BY SEPTEMBER 25, 2023 PLAINTIFF WILL INSURE THE CASE IS HEARD ON THE COURTS OCTOBER CMC DOCKET

**DONE AND ORDERED** in Chambers at Broward County, Florida this ___7th day of September, 2023_____ .

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 09/07/2023 07:03:19 PM.****



CACE23016432 09-07-2023 5:39 PM

Copies to:
Falyn A. Hahn, Esq.
Anthony M. Dennis, Esq.

**Copies Furnished To:**
Anthony Moore Dennis , E-mail : eservice@dklawfl.com
Anthony Moore Dennis , E-mail : adennis@dklawfl.com
Anthony Moore Dennis , E-mail : jherrera@dklawfl.com
Falyn A. Hahn , E-mail : knieman@butler.legal
Falyn A. Hahn , E-mail : rgarofalo@butler.legal
Falyn A. Hahn , E-mail : fhahn@butler.legal
Thomas Keller , E-mail : tkeller@butler.legal
Thomas Keller , E-mail : lfarrell@butler.legal

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

SUNEM PARK AND CHEONG PARK,

Plaintiffs,                                    CASE NO.: CACE-23-016432

vs.

FEDERAL INSURANCE COMPANY,

Defendant.
_____/

## DEFENDANT'S NOTICE OF SERVING
## FIRST SET OF INTERROGATORIES TO PLAINTIFF, SUNEM PARK

Defendant, FEDERAL INSURANCE COMPANY ("FEDERAL"), by and through

its undersigned counsel and pursuant to Florida Rule of Civil Procedure 1.340, hereby

files its notice of serving First Set of Interrogatories to Plaintiff, SUNEM PARK

numbered 1 through 3, which are to be answered within thirty (30) days after service, by

Plaintiff, in writing and under oath, inserting said answers upon the original and serving

the original on Defendant's counsel pursuant to the Florida Rules of Civil Procedure.

BUTLER WEIHMULLER KATZ CRAIG LLP

/s/Falyn A. Hahn
THOMAS A. KELLER, ESQ.
Florida Bar No.: 0153354
tkeller@butler.legal
FALYN A. HAHN, ESQ.
Florida Bar No.: 1012157
fhahn@butler.legal
Secondary:  knieman@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone:  (813) 281-1900
Facsimile:   (813) 281-0900
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice has been furnished by e-Portal and that the foregoing Notice and Interrogatories have been furnished to the above-named addressee(s) and to the following by e-mail on September 13, 2023:

Anthony Moore Dennis, Esq.
Florida Bar No.: 123526
Dennis Kessler, PLLC
333 Southeast Second Avenue, Suite 2000
Miami, FL  33131
Primary: adennis@dklawfl.com
Secondary: jherrera@dklawfl.com
E Service Email Address: eservice@dklawfl.com

/s/Falyn A. Hahn
FALYN A. HAHN, ESQ.

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

SUNEM PARK AND CHEONG PARK,

Plaintiffs,

CASE NO.: CACE-23-016432

vs.

FEDERAL INSURANCE COMPANY,

Defendant.

_____/

## DEFENDANT'S NOTICE OF SERVING
## FIRST SET OF INTERROGATORIES TO PLAINTIFF, CHEONG PARK

Defendant, FEDERAL INSURANCE COMPANY ("FEDERAL"), by and through

its undersigned counsel and pursuant to Florida Rule of Civil Procedure 1.340, hereby

files its notice of serving First Set of Interrogatories to Plaintiff, CHEONG PARK

numbered 1 through 3, which are to be answered within thirty (30) days after service, by

Plaintiff, in writing and under oath, inserting said answers upon the original and serving

the original on Defendant's counsel pursuant to the Florida Rules of Civil Procedure.

BUTLER WEIHMULLER KATZ CRAIG LLP

/s/Falyn A. Hahn
THOMAS A. KELLER, ESQ.
Florida Bar No.: 0153354
tkeller@butler.legal
FALYN A. HAHN, ESQ.
Florida Bar No.: 1012157
fhahn@butler.legal
Secondary: knieman@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that the foregoing <u>Notice</u> has been furnished by e-Portal and that the

foregoing <u>Notice</u> and <u>Interrogatories</u> have been furnished to the above-named

addressee(s) and to the following by e-mail on September 13, 2023:

Anthony Moore Dennis, Esq.
Florida Bar No.: 123526
Dennis Kessler, PLLC
333 Southeast Second Avenue, Suite 2000
Miami, FL  33131
Primary: <u>adennis@dklawfl.com</u>
Secondary: <u>jherrera@dklawfl.com</u>
E Service Email Address: <u>eservice@dklawfl.com</u>

/s/Falyn A. Hahn
FALYN A. HAHN, ESQ.

## **INSTRUCTIONS**

1.  You are instructed either to produce documents as they are kept in the usual course of business or to produce documents organized and labeled to correspond with the categories in this Interrogatory. Documents are to be produced in full and unexpurgated form.

2.  If any documents covered by this Interrogatory are withheld by reason of a claim of privilege, work product immunity or other ground of non-production, a list is to be furnished at the time that documents are produced identifying each such documents for which the privilege is claimed specifically by its nature (e.g., letter, memorandum, etc.) together with the following information with respect to any such document withheld:  author; recipient; sender; indicated or blind copies; date; subject matter; basis on which the privilege is claimed; number of pages; and the paragraph of this Interrogatory to which such document relates.

3.  If a portion of an otherwise responsive document contains information that is subject to a claim of privilege, only those portions of the document subject to the claim of privilege shall be deleted or redacted from the document and the rest of the document shall be produced.

4.  In the event that any document called for by this Interrogatory has been destroyed, lost, discarded or otherwise disposed of, each such document is to be identified as completely as possible, including, without limitation, the following information:  author; recipient; sender; subject matter; date prepared or received; date of disposal; person currently in possession of the document; and the person disposing of the document.

5.  All objections to any category of documents to be produced pursuant to this Interrogatory or to any definition or instruction it contains shall be in writing and delivered to defendant's counsel within the time provided in the Florida Rules of Civil Procedure or at such other time as is agreed upon by the parties or ordered by this Court.

6.  Where identification of a document is requested, please set forth the identity of its author or originator, the date of such authorship or origination, the identity of each person to whom the original or copy was addressed or delivered, the identity of each person known or reasonably believed to have present possession, custody, or control thereof, and a brief description of the subject matter thereof.

7.  Where identification of a person is requested, please set forth the person's name, last-known home and business address and telephone number, and relation to Plaintiff, if any.

## DEFINITIONS

1.  "Plaintiff", means Plaintiff, CHEONG PARK, his affiliates, agents, employees and representatives.

2.  " FEDERAL" means Defendant, FEDERAL INSURANCE COMPANY, its agents, employees and representatives.

3.  "Insured", means SUNEM PARK, her affiliates, agents, employees and representatives.

4.  The "Subject Property" means the property located at 1500 Northwest 17th Avenue, Plantation, FL 33323.

5.  The "Subject Claim" shall refer to Claim # 047522017216, with a date of loss of September 28, 2022.

1.  The term "representative" as used herein with regard to a person or entity means and includes each and every present and former director, officer, partner, employee, agent, independent consultant or expert or other person (including attorneys) acting or purporting to act on behalf of the person or entity.

2.  The term "document" or "documents" is used in its broadest sense and includes, without limitation, drafts, documents whether printed, recorded, stored or reproduced by any mechanical or electronic process, or written or produced by hand, and including computer tapes (including backup tapes) and all other computer-related documents, within your possession, custody or control. "Documents" shall also include (1) each copy that is not identical to the original or to any other copy, and (2) any tangible thing that is called for by or identified in response to any request.  "Document" as used herein shall be construed broadly to include all documents and things within the scope of the Florida Rules of Civil Procedure and refers to all writings or other graphic matter, as well as any other medium by which information is stored or recorded.  It includes originals, drafts, copies and reproductions; and it includes, without limiting the generality of the foregoing, letters; memoranda; reports and/or summaries of investigations; police reports; accident reports; opinions or reports of consultants; diagrams; marginal comments appearing on any documents; accounts; telegrams; studies; lists of persons attending meetings or conferences; records or memoranda of telephone conversations; written statements; transcripts or recorded statements; recorded statements; records of personal conversations or interviews; calculations; computations; specifications; drawings; advertisements; circulars; trade letters; press releases; prints; recordings; positive or negative films, slides or photographs; magnetic, electronic or video tapes; computer tapes, cards or printouts; and all other things of like nature; and any and all containers, boxes or other receptacles or repositories housing or containing such "documents."

3.  The term "communication" shall mean any transmission of information by any means, including, without limitation, by spoken language, electronic transmission of data or any other means.  The term "communication" shall include, without limitation, any copies of written information received by the person or entity responding to this request, even if such person or entity is not the primary or direct addressee of such written information.

4.  The term "referring" or "relating" shall mean showing, disclosing, averting to, comprising, evidencing, constituting or reviewing.

5.  "Person" means a natural person, firm, association, partnership, corporation or other firm of legal or business entity, public or private.

6.  The singular includes the plural and vice versa; the words "and" and "or" shall be both conjunctive; the word "all" means "any and all"; the word "any" means "any and all"; the word "including" means "including, without limitation."

7.  All other words have their plain and ordinary meaning.

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

SUNEM PARK AND CHEONG PARK,

Plaintiffs,                                          CASE NO.: CACE-23-016432

vs.

FEDERAL INSURANCE COMPANY,

Defendant.

_____/

## DEFENDANT, FEDERAL INSURANCE COMPANY'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT

COMES NOW, the Defendant, FEDERAL INSURANCE COMPANY ("FEDERAL"), by and through its undersigned counsel, hereby files this, its Answer, Affirmative Defenses and Demand for Jury Trial, and alleges and prays:

1.    Admitted for jurisdictional purposes only, otherwise denied.

2.    Admitted that FEDERAL is an insurance carrier licensed to conduct business in the State of Florida. All averments not expressly admitted are denied.

3.    Admitted for jurisdictional purposes only, otherwise denied.

4.    Admitted only that FEDERAL issued policy of insurance number 001515751101 to Plaintiffs, for the property located at 1500 NW 117th Avenue, Plantation, FL 33323, effective April 21, 2022 through April 21, 2023. The Policy speaks for itself. All averments not expressly admitted are denied. A copy of the Policy is attached as **Exhibit A**.

5.    Admitted only that FEDERAL issued policy of insurance number 001515751101 to Plaintiffs, for the property located at 1500 NW 117th Avenue,

Plantation, FL 33323, effective April 21, 2022 through April 21, 2023. The Policy speaks for itself. All averments not expressly admitted are denied.

6.      Admitted.

7.      FEDERAL is without knowledge as to the phrase, "at all times material hereto." Admitted only that FEDERAL issued policy of insurance number 001515751101 to Plaintiffs, for the property located at 1500 NW 117th Avenue, Plantation, FL 33323, effective April 21, 2022 through April 21, 2023. The Policy speaks for itself. All averments not expressly admitted are denied.

8.      Denied.

9.      The Policy speaks for itself.

10.     Denied.

11.     Admitted only that FEDERAL assigned claim number 047522017216 to its investigation of the claim that was reported to FEDERAL on December 9, 2022 by Plaintiffs. All averments not expressly admitted are denied.

12.     Admitted only that FEDERAL inspected the damages to the property that were reported by Plaintiffs in connection with claim number 047522017216. All averments not expressly admitted are denied.

13.     Denied.

14.     Admitted only that Plaintiffs allege a breach of contract, denied that FEDERAL has breached the contract. All averments not expressly admitted are denied.

15.     Admitted at this time for jurisdictional purposes only.

### COUNT I – BREACH OF CONTRACT

16.     Defendant re-alleges and reincorporates its responses to paragraphs one

(1) through fifteen (15) as if fully stated herein, and further responds:

17.     Admitted only that Plaintiffs reported damages to the property to FEDERAL.

The Policy speaks for itself.  All averments not expressly admitted are denied.

18.     Denied.

19.     Denied.

20.     Denied.

21.     Denied.

22.     Denied.

23.     Denied.

24.     Denied.

25.     Denied.

26.     Denied.

27.     Florida law speaks for itself.

Denied that Plaintiffs are entitled to the relief requested in the un-numbered

WHEREFORE paragraph following paragraphs number twenty-seven (27), or any relief

whatsoever.

### DEMAND FOR JURY TRIAL

28.     Admitted that Plaintiffs demand a trial by jury of all issues so triable.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

29.     Coverage for Plaintiffs' claim is subject to all of the terms and conditions of

3

the Policy, including all limitations, sublimits, exclusions, definitions, and deductible provisions contained therein. Specifically, FEDERAL is not liable to Plaintiffs for the amount of the Policy's 2% Hurricane deductible in the amount of $92,200.00.

## SECOND AFFIRMATIVE DEFENSE

30.     FEDERAL's investigation of the reported damages determined that a portion of the damages to the subject property are due to wear, tear, gradual deterioration, rust, corrosion, dry or wet rot, inherent vice, latent defect and/or mechanical breakdown. The Policy does not provide coverage for these causes of loss. The Policy states, in relevant part:

### DELUXE HOUSE COVERAGE

In Deluxe House Coverage, a "covered loss" includes **all risk** of physical loss to your house or other property covered under this part of your Masterpiece Policy, unless stated otherwise or an exclusion applies. Exclusions to this coverage are described in **Exclusions**.
***

**Exclusions**
These exclusions apply to your Deluxe House Coverage, including the Extra Coverages, unless stated otherwise.

The words "caused by" mean any loss that is contributed to, made worse by, or in any way results from that peril.

**Gradual or sudden loss.** We do not provide coverage for the presence of wear and tear, gradual deterioration, rust, bacteria, corrosion, dry or wet rot, or warping, however caused, or any loss caused by wear and tear, gradual deterioration, rust, bacteria, corrosion, dry or wet rot, or warping. We also do not cover any loss caused by inherent vice, latent defect or mechanical breakdown. But we do insure ensuing covered loss unless another exclusion applies.

***

31.     FEDERAL's investigation concluded that a portion of the reported damage to the subject property is due to the above references cause(s). Specifically, damage reported to the roofing system, the exterior, and the interior of the subject property was

4

concluded to be gradual and related to the above referenced cause(s). The reported damage(s) was not caused by Hurricane Ian. FEDERAL's investigation also concluded that the reported damage(s) is consistent with long term damage which pre-dates Hurricane Ian, and also pre-dates the inception of the Policy.

## SECOND AFFIRMATIVE DEFENSE

32.    FEDERAL's investigation of the reported damages determined that a portion of the damages to the subject property are due faulty planning, construction and/or maintenance. The Policy does not provide coverage for these causes of loss. The Policy states, in relevant part:

### DELUXE HOUSE COVERAGE

In Deluxe House Coverage, a "covered loss" includes **all risk** of physical loss to your house or other property covered under this part of your Masterpiece Policy, unless stated otherwise or an exclusion applies. Exclusions to this coverage are described in **Exclusions**.

\*\*\*

**Exclusions**
These exclusions apply to your Deluxe House Coverage, including the Extra Coverages, unless stated otherwise.

The words "caused by" mean any loss that is contributed to, made worse by, or in any way results from that peril.

\*\*\*

**Faulty planning, construction or maintenance.** We do not cover any loss caused by the faulty acts, errors or omissions of you or any other person in planning, construction or maintenance. It does not matter whether the faulty acts, errors or omissions take place on or off the insured property. But we do insure ensuing covered loss unless another exclusion applies. "Planning" includes zoning, placing, surveying, designing, compacting, setting specifications, developing property and establishing building codes or construction standards. "Construction" includes materials, workmanship, and parts or equipment used for construction or repair.

33.    FEDERAL's investigation concluded that a portion of the reported damage to the subject property is due to the above references cause(s). Specifically, damage

5

reported to the roofing system, the exterior, and the interior of the subject property was concluded to be due to faulty planning, construction and/or maintenance. The reported damage(s) was not caused by Hurricane Ian. FEDERAL's investigation also concluded that insufficient maintenance and repairs to the roofing system and HVAC system of the insured property were made by Plaintiffs prior to the reporting of the loss to FEDERAL. FEDERAL's investigation determined that the reported damage is consistent with long term damage from faulty planning, construction and/or maintenance which pre-dates Hurricane Ian, and also pre-dates the inception of the Policy.

**THIRD AFFIRMATIVE DEFENSE**

34.     Coverage for Plaintiffs' claim is subject to all of the terms and conditions of the Policy, including all limitations, exclusions, definitions, and deductible provisions contained therein. Specifically, some of Plaintiffs' claimed damages are related to Fungi and/or Mold. The Policy contains an applicable Mold/Fungi Remediation Limit of $50,000.

**FOURTH AFFIRMATIVE DEFENSE**

35.     FEDERAL's investigation of the reported damages concluded that the reported damages to the subject property pre-date the inception of Plaintiffs' Policy. The Policy provides:

> ***General Conditions***
> ***Policy period***
> The effective dates of your policy are shown in the Coverage Summary. Those dates begin at 12:01 a.m. standard time at the mailing address shown. Each renewal period shall be for a similar term.

36.     The reported damage(s) to the roofing system, the HVAC system, and various damages reported to the interior of the property by Plaintiffs pre-exist the date of loss and the inception of the Policy. Damages that occurred outside of the applicable

6

Policy period are specifically excluded from coverage.

## **FIFTH AFFIRMATIVE DEFENSE**

37.     Plaintiffs breached their Duties After a Loss as provided for in the Policy, including, but not limited to, failing to promptly notify FEDERAL of a loss, failing to protect property from further loss and failing to provide an accurate inventory. The Policy states, in relevant part:

> **Property Conditions**
> These conditions apply to all coverages for damage to property and all coverages for damage to vehicles in this policy.
> ***
> **Your Duties After Loss**
> If you have a loss this policy may cover, you must perform these duties:
>
> **Notification.** You must promptly notify us or y or your agent of your loss. In case of theft or accident, you must also notify the police or similar competent authority.
>
> **Protect property**. You must take all reasonable means that are necessary to protect property from further loss or damage.
>
> **Prepare an Inventory.** You must prepare an inventory of damaged personal property, describing the property in full. It should show in detail the amount insured under this policy and actual amount of the loss. Attach bills, receipts, and other documents to support your inventory.
>
> **Display property.** You must show us as often as we reasonably require the damaged property when we ask.
> ***

38.     Specifically, Plaintiffs initially reported damage only to the interior of the property, due to a HVAC leak. Plaintiffs did not initially report damage to the roofing system of the subject property. Additionally, Plaintiffs' estimate, submitted in support of their claim, contains repairs to many additional areas of the property that were not reported as damaged to FEDERAL. Plaintiffs have failed to display all damaged property

to FEDERAL. Thus, Plaintiffs have hindered and prejudiced FEDERAL in its investigation and are in breach of their Duties After Loss and they did not comply with all the conditions under the Policy. As such, their suit is barred.

## SIXTH AFFIRMATIVE DEFENSE

Any recovery by Plaintiffs is subject to setoff of the previously paid sums under the Policy as part of the Claim.

## DEMAND FOR JURY TRIAL

FEDERAL demands a Jury Trial on all issues so triable.

**WHEREFORE**, Defendant, FEDERAL INSURANCE COMPANY, demands a jury trial on all issues so triable, judgment in its favor, costs of this action, together with any other relief this Court deems just and proper.

BUTLER WEIHMULLER KATZ CRAIG LLP


THOMAS A. KELLER, ESQ.
Florida Bar No.: 0153354
tkeller@butler.legal
FALYN A. HAHN, ESQ.
Florida Bar No.: 1012157
fhahn@butler.legal
Secondary:   knieman@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:   (813) 281-1900
Facsimile:   (813) 281-0900
*Attorneys for Defendant*

8

## CERTIFICATE OF SERVICE

I certify that the foregoing instrument was served utilizing the Court's e-filing portal

and e-service in accordance with Fla.R.Jud.Admin. 2.516 and AOSC13-49 on September

18, 2023 to:

> Anthony Moore Dennis, Esq.
> Florida Bar No.: 123526
> Dennis Kessler, PLLC
> 333 Southeast Second Avenue, Suite 2000
> Miami, FL  33131
> Primary: adennis@dklawfl.com
> Secondary: jherrera@dklawfl.com
> E Service Email Address: eservice@dklawfl.com
>
> Attorneys For:  Plaintiff

FALYN A. HAHN, ESQ.

9

# CHUBB®

RE: **Insured: SUNEM PARK**
**Policy Number: 1515751101**
**Effective Dates: 04/21/2022 to 04/21/2023**
**Insurer: FEDERAL INSURANCE COMPANY**
**Claim Number: 047522017216**

(A) Name of Insurer: FEDERAL INSURANCE COMPANY

(B) Name of each Insured: SUNEM PARK

(C) Limits of Liability Coverage:

Contents Incl Additions & Alterations:      Total Location Limit:
Personal Liability:      Medical Payments to Others:

(D) The following Policy or Coverage Defenses are believed to now exist:

(E) Attchment: True and Certified Copy of Policy

*This certifies that the attached documents constitute a true copy of the declarations, terms, exclusions and conditions of the above identified policy as of the date of this certification.*

8/28/2023   By: _____

Date      Supervisor Field Service Organization

Supervisor (print name) _Kimberly Chisholm_

Subscribed and sworn to before me this _28_ day of _Aug_ ,
2023

My Commission Expires _3/22/2026_

Notary Seal:      Notary Public, State of _MD_

LEONARD ORADE FINE JR
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 22402636
My Commission Expires 03-22-2026

**EXHIBIT A**



CHUBB

**Name and address of Insured:**

SUNEM PARK
1500 NW 117TH AVE
PLANTATION, FL 33323

**Policy no:** 15157511-01
**Effective date:** 4/21/22
**Issued by:** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period:** 4/21/22 to 4/21/23

**If you have any questions, please contact:**
HULL & COMPANY LLC DBA HALCYON
UNDERWRITERS
555 WINDERLEY PLACE #420
MAITLAND, FL  32751
407.660.1881

Dear Valued Client,

On behalf of our entire team, thank you for renewing your protection with Chubb. We're looking forward to continuing to say yes and do more across every step of your experience.

In this mailing, you'll find a copy of your new policy to review. Please review it carefully and if you have any questions, we're here to help. We encourage you to contact your agent or our Customer Care Team at 1.866.324.8222 or customercare@chubb.com with any questions you may have. The team is available from 8 a.m. – 8 p.m. ET Monday - Friday, and 10 a.m. - 3 p.m. ET Saturday.

If you haven't already, don't forget to register for our Client Portal at www.chubb.com/registernow. You can also download our mobile app at the AppStore or on Google Play. With our client portal and mobile app you can take advantage of our online services like viewing your policy, billing or claims information, making a payment, enrolling in autopay, paperless billing, paperless policy and email or text notification services from home or on the go. Be sure to have your policy or billing statement handy to complete the simple registration process.

**About Your Policy**

As you take a look at your policy, we've included ways to help you find the information you need faster:

- On your **Coverage Summary,** you'll see who is named as an insured, as well as your insured property, coverage limits, and the deductibles and additional features you've selected.
- The **Table of Contents** will tell you which coverage forms apply to your policy.
- The **Introduction, Policy Terms,** and **Policy Information Notice** also include common insurance terminology with straightforward definitions to make it easier to read your policy.

In each chapter, you'll also find descriptions of the different examples and scenarios your policy is designed to protect, and how your protection applies depending on where you live. You'll also see more detail on your deductibles, how what we pay is decided if you have a claim, and an explanation of any exclusions (i.e., any specific cases that aren't covered under your policy).

*Continued on the next page*

**Getting More from Your Policy**

We want to help you get the most out of your protection with Chubb, like taking advantage of potential premium credits or our complimentary services.

Please review, complete, and mail the following forms:
- **Wildfire Defense Services Information and Enrollment Form**

Please review these documents for a detailed overview of your premium:
- **Premium Summary and Privacy Notice**
- **Premium Discount Summary**

Thank you again for choosing Chubb!

Fran O'Brien
Division President, North America Personal Risk Services

Any questions? We're here to help. Our **Customer Care Team** is just a call away at **1.866.324.8222.** If you have a claim, you can reach our **Claim Service Center** directly at **1.800.252.4670.**

www.chubb.com      email: customercare@chubb.com

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.

*Masterpiece*₀   **Chubb Wildfire Defense Services**
**Enrollment Form**

CHUBB'

| | |
|---|---|
| **Name and address of Insured**<br><br>SUNEM PARK<br>1500 NW 117TH AVE<br>PLANTATION, FL 33323 | **Policy no.** 15157511-01<br>**Issued by**<br>Federal Insurance Company<br>a stock insurance company<br>incorporated in Indiana<br>**Policy period** 4/21/22 to 4/21/23 |
| **Premises Location**<br>1500 NW 117TH AVE<br>PLANTATION, FL 33323 | **If you have any questions, please contact**<br>HULL & COMPANY LLC DBA HALCYON<br>UNDERWRITERS<br>555 WINDERLEY PLACE #420<br>MAITLAND, FL 32751<br>407.660.1881 |

Dear Valued Client:

Because you are a Chubb *Masterpiece*® homeowners policyholder, we are pleased to offer you two important benefits that can help you in the event of a wildfire:

- A Wildfire Defense Coverage enhancement to your policy, for no additional charge; and
- Access to Chubb Wildfire Defense Services, a complimentary new service designed to help defend the home listed on this policy from an encroaching wildfire.

1. The homeowner policy enhancement, Wildfire Defense Coverage, includes coverage up to $5,000, with no deductible, for reasonable expenses you may incur while defending your home and property from wildfire when a wildfire is within three miles from your residence premises or a civil authority initiates an evacuation order affecting your residence premises as a result of an approaching wildfire.

2. Because your home is located in a qualifying area*, **Chubb also offers you the option to enroll in Chubb Wildfire Defense Services, a complimentary service that can help defend your home from an encroaching wildfire.** While our coverage allows you to hire the wildfire defense service provider of your choice, enrollment in Chubb Wildfire Defense Services can automatically provide you with assistance from one of the most qualified service providers in the wildfire industry, in the event of a wildfire. The coverage provided under your policy applies to this service, but enrollment relieves you of out-of-pocket expenses related to hiring an outside company.

Enrollment in Chubb Wildfire Defense Services is easy-and free. Visit chubb.com/welcome and log in to your account. From the Benefits & Offers section, select Catastrophe Services, then Wildfire Defense. Follow the simple steps to complete your enrollment quickly and securely. Or, simply sign and return the enclosed "Wildfire Defense Authorization Form." By enrolling in this service, you grant Chubb permission to dispatch its representatives to take action to help protect your home from wildfire damage and to keep you informed of such actions.

If you do not enroll, your home will not be defended by Chubb's Wildfire Defense Services in the event of a wildfire. However, you will still receive Wildfire Defense Coverage, as described above. For questions or concerns regarding your policy, please contact your independent agent or broker listed at the top of this letter.

Sincerely,
Customer Relations Manager
Chubb Personal Risk Services
1-877-60CHUBB

*Enrollment in Chubb Personal Risk Services Wildfire Defense Services is available to homeowner policies in select states. Visit chubb.com/welcome (login required) to see the latest details regarding availability. Chubb Wildfire Defense Services is not available in all jurisdictions and is not available to condominium, cooperative, townhouse, or renter policyholders and policyholders covered by California Fair Plan Extension policies. Chubb Wildfire Defense Services is also not available to Differences in Conditions (DIC) Platinum Portfolio policyholders. Chubb and its representatives will use their best efforts to provide these services. There may be instances when Chubb will not be able to provide these services. There is no guarantee that these services will prevent damage.*

*Wildfire Defense Services are triggered only when a wildfire is within three miles of a residence, when a civil authority initiates an evacuation order as a result of an approaching wildfire, or when Chubb deems it appropriate to deploy the service because of an encroaching wildfire.*

*© 2019 Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies.*

© Chubb 2016. All rights reserved.     Form no  Q6600400

*Masterpiece*₈  **Chubb Wildfire Defense Services Enrollment Form**

CHUBB'

**Name and address of Insured**

SUNEM PARK
1500 NW 117TH AVE
PLANTATION, FL 33323

**Premises Location**
1500 NW 117TH AVE
PLANTATION, FL 33323

**Policy no.** 15157511-01
**Issued by**
Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 4/21/22 to 4/21/23

**If you have any questions, please contact**
HULL & COMPANY LLC DBA HALCYON
UNDERWRITERS
555 WINDERLEY PLACE #420
MAITLAND, FL 32751
407.660.1881

I hereby authorize representatives of Chubb, including Wildfire Defense Systems, Inc., to enter the grounds of my property in order to provide wildfire suppression and structural protection services for the residence premises identified above, when a wildfire threatens this location or when arranged with my advance permission.

I understand that Chubb and its representatives will use their best efforts to provide the services and help protect my property. However, I understand that there may be instances when Chubb will not be able to provide the services to my property, and there is no guarantee that the service will prevent damage. I hereby waive the right to bring legal action against Chubb or its representatives for personal injury or liability (including but not limited to emotional distress and mental anguish) arising out of the treatment or lack of treatment of my property. I retain the right to make an insurance claim for personal injury or property damage and I understand that my Chubb homeowner's policy will respond to covered losses if there is damage to my home.

I understand that Chubb's representatives will determine the most appropriate methods for the protection of my property, which could include, but are not limited to, the temporary establishment of sprinkler systems and the application of Thermo-Gel®, a thin gel barrier, on my home, landscape and/or other structures.

I recognize that it is my responsibility to provide accurate and current contact information to Chubb in order to receive updates during a wildfire event and to provide information that may be critical to the response by Chubb's representatives, such as security access or a description of property. I understand that there is no coverage and no wildfire defense services provided if I or Chubb terminates homeowners coverage for the premises location listed below.

**I hereby agree to the above terms and conditions:**

Policyholder Signature _____  Date _____

During a wildfire event, we may need to call or email you to request gate access, ask questions about your property, or communicate with you about specific wildfire threats. **The fields marked with a * are required to complete enrollment; however, we recommend completing all possible fields.**

© Chubb 2016. All rights reserved.    Form no. Q6600200                                    INSURED 08/23/23 23.29 11

**Whom should we contact in the event a wildfire threatens your property?**

\*Name of Primary Contact: _____

\*Relationship to You: _____
*Example: self, spouse, partner, relative, property manager, domestic employee, business employee, security provider, friend, insurance agent, or other.*

| | | |
|---|---|---|
| \*Phone #1: _____ | \*Phone Type: _____ | *Example: home,* |
| Phone #2: _____ | Phone Type: _____ | *mobile, work,* 2nd*home, or* |
| Phone #3: _____ | Phone Type: _____ | *other.* |

Email Address: _____

**Whom should we contact next, if this individual cannot be reached during a wildfire event?**

Name of Secondary Contact: _____

Relationship to You: _____
*Example: self, spouse, partner, relative, property manager, domestic employee, business employee, security provider, friend, insurance agent, or other.*

| | | |
|---|---|---|
| Phone #1: _____ | Phone Type: _____ | *Example: home,* |
| Phone #2: _____ | Phone Type: _____ | *mobile, work,* 2nd*home, or* |
| Phone #3: _____ | Phone Type: _____ | *other.* |

Email Address: _____

Name of Tertiary Contact: _____

Relationship to You: _____
*Example: self, spouse, partner, relative, property manager, domestic employee, business employee, security provider, friend, insurance agent, or other.*

| | | |
|---|---|---|
| Phone #1: _____ | Phone Type: _____ | *Example: home,* |
| Phone #2: _____ | Phone Type: _____ | *mobile, work,* 2nd*home, or* |
| Phone #3: _____ | Phone Type: _____ | *other.* |

Email Address: _____

**You may choose to provide a brief description (100 characters or less) of the entrance to your property. This can help our wildfire fighters find your home in the event wildfire smoke reduces visibility.**

*Example: We are the third driveway on the right, with a brick entrance gate and large evergreen trees.*

_____
_____
_____

*Mail this completed form to: Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-9977, Attn: Wildfire Defense Services. Or, you can email a digital copy of this completed form to: wildfiredefenseenrollment @chubb.com.*

© Chubb 2016. All rights reserved.     Form no. Q8600200

 **Masterpiece**®

CHUBB

**Premium Summary
Renewal**

SUNEM PARK
1500 NW 117TH AVE
PLANTATION, FL 33323

**Page** 1
**Effective Date** 4/21/22
**Policy no.** 15157511-01
**Policy period** 4/21/22 to 4/21/23
**Producer name** HULL & COMPANY LLC DBA
HALCYON UNDERWRITERS

We are pleased to enclose your Chubb Masterpiece Policy, which includes an annual premium **savings of $46,200** as listed below.

This chart shows at a glance what coverages you have and the related premiums.

| | **Property covered** | **Coverage** | **Premium** |
|---|---|---|---|
| **Homes and Contents** | HOUSE AT 1500 NW 117TH AVE PLANTATION, FL | HOME, CONTENTS, LIABILITY | $ 13,401.00 |
| | HOUSE AT 88540 OVERSEAS HWY 116 TAVERNIER, FL | LIABILITY | $ 49.00 |
| **Valuable Articles** | JEWELRY | VALUABLE ARTICLES | $ 1,562.00 |
| **State Assessment** | | | $ 2.00 |
| **Total Premium** | | | $ 15,014.00 |

Your Florida Sinkhole premium is +$131 1500 NW 117TH AVE, PLANTATION, FL.

The Florida Emergency Management Preparedness & Assistance Fund charge of $2.00 is included in the state assessment amount above.

Your policy includes a Coverage Summary and policy provisions that explain your coverage in more detail.

**Chubb Masterpiece provides many different credits for home, valuable articles, automobile and excess liability coverages. We recommend that you contact your agent or broker for an annual review to ensure that your coverages, policy limits and available credits are accurate and meet your personal insurance needs.**

**Your policy provides the following annual premium credits for the coverages listed below:**

Your homeowners premium was reduced by $46,200 as a result of one or more credits.

**You will receive a separate Personal Insurance Statement that will outline the schedule of premium amounts and the due dates. If an endorsement during the policy period changes the amount of premium due, you will receive a revised Personal Insurance Statement.**

*Premium Summary*
*Renewal*



**Page  2**
**Effective date** 4/21/22
**Policy no.** 15157511-01
**Name** SUNEM PARK

**A statement and bill has been sent to your mortgagee.**

If you choose one of our convenient installment plans, your payments will be slightly higher than the premium shown above because of the small service charge.

We appreciate your continued business. Since 1882, personal service and comprehensive coverages have been the hallmarks of the Chubb Group of Insurance Companies.

Thank you for insuring through Chubb.



## CHUBB

### CHUBB GROUP U.S. PRIVACY NOTICE

| FACTS | WHAT DOES THE CHUBB GROUP DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Insurance companies choose how they share your personal information. Federal and state law gives consumers the right to limit some but not all sharing. Federal and state law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>• Social Security number and payment history<br>• insurance claim history and medical information<br>• account transactions and credit scores<br><br>When you are no longer our customer, we continue to share information about you as described in this notice. |
| How? | All insurance companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons insurance companies can share their customers' personal information; the reasons the Chubb Group chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Chubb share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes** – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | YES | NO |
| **For our marketing purposes** – to offer our products and services to you | YES | NO |
| **For joint marketing with other financial companies** | YES | NO |
| **For our affiliates' everyday business purposes** – information about your transactions and experiences | YES | NO |
| **For our affiliates' everyday business purposes** – information about your creditworthiness | NO | We don't share |
| **For our affiliates to market to you** | NO | We don't share |
| **For nonaffiliates to market to you** | NO | We don't share |

| Questions? | Call 1-800-258-2930 or go to https://www2.Chubb.com/us-en/privacy.aspx |
|---|---|

© Chubb 2016. All rights reserved.   Form no. 0799999 (Rev. 10-16)

**Page 2**

| Who is providing this notice? | The Chubb Group. A list of these companies is located at the end of this document. |
|---|---|

**What we do**

| How does Chubb Group protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
|---|---|
| | We restrict access to personal information to our employees, affiliates' employees, or others who need to know that information to service the account or to conduct our normal business operations. |
| How does Chubb Group collect my personal information? | We collect your personal information, for example, when you<br><br>• apply for insurance or pay insurance premiums<br>• file an insurance claim or provide account information<br>• give us your contact information<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br><br>• sharing for affiliates' everyday business purposes - information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |

**Definitions**

| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• Our affiliates include those with a Chubb name and other companies, such as Westchester Fire Insurance Company and Great Northern Insurance Company. |
|---|---|
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• Chubb does not share nonaffiliates so they can market to you. |
| Joint Marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br><br>• Our joint marketing partners include categories of companies such as banks. |

© Chubb 2016. All rights reserved.   Form no. 9799999 (Rev. 10-16)

CHUBB

**Page 3**

## Other Important Information

**For Insurance Customers in AZ, CA, CT, GA, IL, MA, ME, MN, MT, NV, NC, NJ, OH, OR, and VA only:** Under state law, under certain circumstances, you have the right to see the personal information about you that we have on file. To see your information, write Chubb Group Attention: Privacy Inquiries, 202 Hall's Mill Road, P.O. Box 1600, Whitehouse Station, NJ 08889-1600. Chubb may charge a reasonable fee to cover the costs of providing this information. If you think any of the information is not accurate, you may write us. We will let you know what actions we take. If you do not agree with our actions, you may send us a statement. If you want a full description of privacy rights that we will protect in accordance with the law in your home state, please contact us and we will provide it. We may disclose information to certain third parties, such as law enforcement officers, without your permission.

**For Nevada residents only:** We may contact our existing customers by telephone to offer additional insurance products that we believe may be of interest to you. Under state law, you have the right to opt out of these calls by adding your name to our internal do-not-call list. To opt out of these calls, or for more information about your opt out rights, please contact our customer service department. You can reach us by calling 1-800-258-2930, emailing us at privacyinquiries@Chubb.com, or writing to Chubb Group, Attention: Privacy Inquiries, 202 Hall's Mill Road, P.O. Box 1600, Whitehouse Station, NJ 08889-1600. You are being provided this notice under Nevada state law. In addition to contacting Chubb, Nevada residents can contact the Nevada Attorney General for more information about your opt out rights by calling 775-684-1100, emailing bcpinfo@ag.state.nv.us, or by writing to: Office of the Attorney General, Nevada Department of Justice, Bureau of Consumer Protection: 100 North Carson Street, Carson City, NV 89701.

**For Vermont residents only:** Under state law, we will not share information about your creditworthiness within our corporate family except with your authorization or consent, but we may share information about our transactions or experiences with you within our corporate family without your consent.

## Chubb Group Companies Providing This Notice

This notice is being provided by the following Chubb Group companies to their customers located in the United States: ACE American Insurance Company, ACE Capital Title Reinsurance Company, ACE Fire Underwriters Insurance Company, ACE Insurance Company of the Midwest, ACE Life Insurance Company, ACE Property and Casualty Insurance Company, Agri General Insurance Company, Atlantic Employers Insurance Company, Bankers Standard Fire and Marine Company, Bankers Standard Insurance Company, Century Indemnity Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of New Jersey, Chubb Lloyds Insurance Company of Texas, Chubb National Insurance Company, Executive Risk Indemnity Inc., Executive Risk Specialty Insurance Company, Federal Insurance Company, Great Northern Insurance Company, Illinois Union Insurance Company, Indemnity Insurance Company of North America, Insurance Company of North America, Pacific Employers Insurance Company, Pacific Indemnity Company, Penn Millers Insurance Company, Texas Pacific Indemnity Company, Vigilant Insurance Company, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company.

© Chubb 2016. All rights reserved.    Form no. 0799999 (Rev. 10-16)



**Premium Discount Summary**

**CHUBB®**

**Name and address of Insured:**

SUNEM PARK
1500 NW 117TH AVE
PLANTATION, FL 33323

Page: 1
Policy no: 15157511-01
Policy period: 4/21/22 to 4/21/23

We know that you've worked hard for what you own and want to protect it. We also know that saving money is important to you. You can take advantage of a variety of discounts offered by Chubb. Here is a list of some of the discounts you're already receiving.

**You have the power to reduce your premiums.**
Your insurance cost could have been **$61,214** but you took action and received **$46,200** in discounts. Your premium was reduced to **$15,014**.

| Overview | Your Discount |
|---|---|
| **Homes and Contents** | That's a homeowner savings of **$46,200**. |

House at:
1500 NW 117TH AVE, PLANTATION, FL
• 85% for meeting our construction standards
  or windstorm reduction guidelines
• 5% for taking steps toward superior
  protection including:
  - A permanently installed back-up generator

• 10% because you also insure your
  automobile(s) with Chubb
• 10% because you also insure your
  valuable articles with Chubb
• A reduction for having a burglar alarm
  that meets our criteria
• A reduction for having a fire alarm
  that meets our criteria

Please note: This document may not reflect all of the discounts you are receiving on your Chubb insurance policy. To review all of the discounts available from Chubb, please contact your agent or broker, as he or she is always your best source of information and advice.



*Masterpiece*®

CHUBB'

**Name and address of Insured**
SUNEM PARK
1500 NW 117TH AVE
PLANTATION, FL 33323

**Effective Date**  4/21/22
**Policy no.**  15157511-01
**Issued by**  Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period**  4/21/22 to 4/21/23

**If you have any questions, please contact**
HULL & COMPANY LLC DBA HALCYON
UNDERWRITERS
555 WINDERLEY PLACE #420
MAITLAND, FL  32751
407.660.1881

## IMPORTANT NOTICE

All of the members of the Chubb Group of Insurance companies doing business in the United States
(hereinafter "Chubb") distribute their products through licensed insurance brokers and agents ("producers").
Detailed information regarding the types of compensation paid by Chubb to producers on US insurance
transactions is available under the Producer Compensation link located at the bottom of the page at
www.chubb.com, or by calling 1-866-588-9478. Additional information may be available from your producer.

Thank you for choosing Chubb.



**CHUBB**

**Hurricane Deductible Notice for Florida**

**Name and address of Insured**
SUNEM PARK
1500 NW 117TH AVE
PLANTATION, FL 33323

**Premises Location**
1500 NW 117TH AVE
PLANTATION, FL 33323

**Effective Date** 4/21/22
**Policy no.** 15157511-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 4/21/22 to 4/21/23

**If you have any questions, please contact**
HULL & COMPANY LLC DBA HALCYON
UNDERWRITERS
555 WINDERLEY PLACE #420
MAITLAND, FL 32751
407.660.1881

Dear Valued Customer:

Please note that your *Masterpiece®* policy includes a special 15% hurricane deductible for covered loss caused by or resulting from hurricanes for your Florida location listed above*. **The hurricane deductible is reduced to 2% if at the time of a covered loss:**

- **you secure your storm shutters; and**
- **all other windstorm protection is present and intact,**
**on all exterior glass and skylights, all of which have been approved by us, in accordance with the policy.**

**How the hurricane deductible works**
Your Coverage Summary describes how the special hurricane deductible applies to a covered loss for the location listed above. The special hurricane deductible applies to your aggregate loss including loss to your residence, the contents of your residence, and to all of the Extra Coverages in your policy, except those where the policy states no deductible applies (for example, Additional Living Expenses).

Up to the full dollar amount of your special hurricane deductible is applied to the first covered loss caused by or resulting from a hurricane during a calendar year. For covered losses caused by or resulting from the second and subsequent hurricanes occurring in the same calendar year, the dollar amount of the applicable special hurricane deductible will be reduced by all deductible amounts applied toward prior covered hurricane losses during the same calendar year. However, if your home and contents base deductible amount is greater than the remaining applicable special hurricane deductible amount, the base deductible applies in lieu of the special hurricane deductible. This base deductible will not be waived for covered losses of more than $50,000 caused by or resulting from a hurricane.

If the listed location is a house, the dollar amount of the applicable special hurricane deductible is calculated by applying the percentage to the amount of coverage for your house. If the listed location is a condominium, cooperative, or rental unit, the dollar amount of the applicable special hurricane deductible is calculated by applying the percentage to the combined amount of contents and additions and alterations coverage. **Please review the exhibit for examples of how hurricane deductibles are calculated and apply to hurricane losses during a calendar year.**

"Hurricane" means a storm declared by the National Hurricane Center of the National Weather Service which:

- begins with the issuance of the first public advisory of a Hurricane Watch or Warning by the National Hurricane Center for any part of the state of Florida;
- continues as long as hurricane conditions exist in any part of the state of Florida; and
- ends 72 hours after the National Hurricane Center discontinues the last Hurricane Watch or Warning for any part of the state of Florida.

**Windstorm protection**
Our records indicate that the location listed above has storm shutters or other windstorm protection, all of which have been approved by us, for all exterior glass and skylights. You should be aware that if the storm shutters are not secured or you do not have adequate windstorm protection on **all exterior glass and skylights**, a special 15% hurricane deductible applies to that occurrence, even if a special 2% hurricane deductible applied to a prior hurricane occurrence. If you are unable to secure the shutters yourself, it is important that you make arrangements for the shutters to be put in place when required.

In addition, if at any time you renovate your home, storm shutters or other windstorm protection must be on **all new exterior glass and skylights** and inspected and approved by us. Please refer to the attached copy of our Minimum Adequacy Standards for Windstorm Protection and review them with your installer. When installation is complete, please advise your agent or broker so that we can inspect your shutters or other windstorm protection to determine if they meet our minimum adequacy standards. Our inspection must take place prior to a hurricane in order for the special 15% hurricane deductible to be reduced to 2% for a hurricane occurrence, in accordance with the policy.

**Hurricane deductible options**
Special hurricane deductible options are available in the amounts of 2%, 5%, or 10% for locations with storm shutters or other windstorm protection, all of which have been approved by us, for all exterior glass and skylights. A higher special hurricane deductible may result in a premium credit. If you have any questions or need additional information, please call your agent or broker.

**Reporting losses**
If you do not report to us a loss caused by or resulting from a hurricane, it is important for you to retain receipts or other records of such loss so that the amount of any covered loss from that hurricane will be applied to the amount of your special hurricane deductible for covered losses caused by or resulting from subsequent hurricanes during the same calendar year.

This information is a brief overview and applies only to the location listed at the top of this letter. For more specific information about your coverage, your special hurricane deductible or other special deductibles, please review your policy provisions including your Coverage Summary carefully.

If you have any questions, your agent or broker is always your best source of advice. In a world of choices, thank you for insuring through Chubb.

Customer Relations Manager
Chubb Personal Risk Services
866-324-8222

*A hurricane deductible does not apply to this location if there is a wind or hail exclusion. If a wind or hail exclusion applies to this location, it can be found under Special Provisions in your Coverage Summary or under Exclusions in your House, Contents, Condominium, Cooperative, or Renters Coverage.

www.chubb.com     email: customercare@chubb.com

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.

CHUBB'

### Exhibit

The following examples illustrate how a special 15% hurricane deductible versus a special 2% hurricane deductible is calculated and applied during a calendar year.

#### Houses

$300,000 house coverage
$150,000 contents coverage
$ 60,000 other permanent structures coverage ·
Home and contents base deductible is $500

Hurricane #1 of calendar year:

- Storm shutters are secured on all exterior glass and skylights; any other windstorm protection is present and intact.
- Covered loss of $10,000

A special 2% hurricane deductible applies:
Multiply the house coverage ($300,000) by 2 percent. This equals **a special $6,000 hurricane deductible.** The special $6,000 hurricane deductible will be subtracted from the $10,000 loss. **The total payment for the loss would be $4,000.**

Hurricane #2 of calendar year:

- Storm shutters are <u>not</u> secured on all exterior glass and skylights; any other windstorm protection is <u>not</u> present and intact.
- Covered loss of $30,000

A special 15% hurricane deductible applies:
Multiply the house coverage ($300,000) by 15 percent. This equals **a special $45,000 hurricane deductible.** The special $45,000 hurricane deductible will be reduced by the deductible amount applied toward the prior covered loss ($6,000). This equals **a special $39,000 hurricane deductible.** The $39,000 deductible is greater than the amount of the loss ($30,000), so **no payment would be made.**

*Let's redo this scenario with storm shutters secured, which results in a smaller loss, $8,000, and a smaller special hurricane deductible, 2%.* The special $6,000 hurricane deductible would be reduced by the deductible amount applied toward the prior covered loss ($6,000). In this case, since the remaining amount of the special hurricane deductible is zero, the home and contents base deductible ($500) will apply. **The total payment for the loss would be $7,500.** <u>Note that this home and contents base deductible of $500 would only apply to a covered loss from a third hurricane in the same calendar year if storm shutters are secured.</u>

© Chubb 2016. All rights reserved.      Form no. Q6409025                                      INSURED 08/23/23 21.29.11

## Condominiums, cooperatives, or renters

$100,000 contents coverage
$ 10,000 additions and alterations coverage
Home and contents base deductible is $500

Hurricane #1 of calendar year:

- Storm shutters are not secured on all exterior glass and skylights; any other windstorm protection is not present and intact.
- Covered loss of $22,000

A special 15% hurricane deductible applies:
Multiply the combined amount of contents and additions and alterations coverage ($110,000) by 15 percent. This equals **a special $16,500 hurricane deductible.** The special $16,500 hurricane deductible will be subtracted from the $22,000 loss. **The total payment for the loss would be $5,500.**

Hurricane #2 of calendar year:

- Storm shutters are secured on all exterior glass and skylights; any other windstorm protection is present and intact.
- Covered loss of $6,000

A special 2% hurricane deductible applies:
Multiply the combined amount of contents and additions and alterations coverage ($110,000) by 2 percent. This equals **a special $2,200 hurricane deductible.** The special $2,200 hurricane deductible will be reduced by the deductible amount applied toward the prior covered loss ($16,500). In this case, since the remaining amount of the special hurricane deductible is zero, the home and contents base deductible ($500) will apply. **The total payment for the loss would be $5,500.**

© Chubb.2015. All rights reserved.     Form no. Q6409025

# CHUBB

## MINIMUM ADEQUACY STANDARDS FOR WINDSTORM PROTECTION

### General Requirements for all Florida windstorm protection devices:

- Windstorm protection must be installed directly on ALL exterior glass openings to include: windows, doors, skylights, entry doors with glass, overhead garage doors with windows
- All installations require that the installer obtain a building permit and have installations approved by a building inspector
- All installations must be inspected and approved by Chubb

### Storm Shutters and Panels:

- All storm shutters and panels must be attached to the structure of the building, not to window or door framing
- All products must be in compliance with the most current applicable building code

  **Storm Panels** (aluminum, steel, or polycarbonate)
  - Corrosion-resistant pins (not clips) must be used to fasten panels to tracks
  - Panels without tracks must be bolted to the structure with non-corrosive bolts
    **Accordion Shutters**
  - Accordion shutters are designed for application directly to the wall around an opening
  - Accordion shutters installed around porch or balcony openings must be reinforced with wood or metal bracing attached to a structural member
    **Roll Down Shutters**
  - Motorized shutters must have a manual crank for operation during power outages
    **Colonial, Bahama, Awning or Clam Shell Style Shutters**
  - Must be equipped with hurricane rated storm bars to prevent lifting during a storm
  - Louvered shutters require 1/2" plywood, .040 gauge aluminum, or 1/8" polycarbonate sheathing to be affixed to the face when closed
    **Wind Abatement Screen Protection (e.g., Armor Screen, Fabric Shield, Stormcatcher)**
  - Wind Abatement Screen Systems must be approved by Miami-Dade Standards or Florida Building Code Standards.

### Polycarbonate Sheets (e.g., Lexan ™, SentryGlass ™, Saflex ™):

- Must be framed and mounted in accordance with manufacturer's specifications and be at least 1/4" thick. Flat polycarbonate sheets must be installed in approved Miami-Dade or Florida Building Code frame systems and must have product approval number.
- System must be in compliance with the most current applicable building code

### Wind/Impact Rated Windows, Doors and Skylights:

Products must be tested and approved in compliance with Miami-Dade or Florida Building Code standards.

**Plywood or after market window film are not acceptable forms of windstorm protection.**

June 2009

© Chubb.2016. All rights reserved    Form no. Q6408025    INSURED 08/23/23 23.29.11

# *Masterpiece®* Premium Discounts Notice for Hurricane Loss Mitigation for Florida

## CHUBB

**Name and address of Insured**
SUNEM PARK
1500 NW 117TH AVE
PLANTATION, FL 33323

**Premises Location**
1500 NW 117TH AVE
PLANTATION, FL 33323
**Territory** 034

**Effective Date** 4/21/22
**Policy no.** 15157511-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 4/21/22 to 4/21/23

**If you have any questions, please contact**
HULL & COMPANY LLC DBA HALCYON
UNDERWRITERS
555 WINDERLEY PLACE #420
MAITLAND, FL 32751
407.660.1881

We are required by Florida law to provide you with the following Notice of Premium Discounts for Hurricane Loss Mitigation for your premises location shown above.

If you feel you are eligible for a credit, notify your agent or broker. Once we have applied the credit to your policy, you have 45 days to provide us with a completed Uniform Mitigation Verification Inspection form in order to continue receiving the credit. The Uniform Mitigation Verification Inspection form must be completed by a licensed professional and there may be a cost associated with the inspection. You may obtain this form through your agent or broker, a licensed contractor or on the Florida Office of Insurance Regulation's website: http://www.floir.com

If you have questions or need additional information about hurricane loss mitigation premium discounts, please contact your agent or broker at the telephone number shown above.

**Pre-qualified referrals**
If you decide to take additional steps to protect your home from hurricanes, knowing who to turn to for quality service can be a challenge. Chubb can provide referrals to reputable specialists, including building contractors, to assist you with structural hurricane mitigation measures. Call 1-877-602-4822 for assistance.

**Enroll before the storm, so we can help after**
Finally, if the Florida premise location shown above has secondary or seasonal occupancy and this policy includes wind coverage, Chubb can help you quickly assess the condition of your property after a hurricane by reporting on the condition, submitting a claim on your behalf, and initiating the process of emergency repairs. Call 1-866-444-0360 for enrollment assistance or to learn more about Chubb Property Manager.

---

### Notice of Premium Discounts for Hurricane Loss Mitigation

#### ***Important Information***
#### About Your Homeowners Insurance Policy

Hurricanes have caused tens of billions of dollars in insured damages. Predictions of more catastrophic hurricanes making landfall in Florida have triggered increases in insurance premiums to cover potential future losses. Enclosed is information regarding wind loss mitigation that will make your home more resistant to wind and help protect your family during a catastrophic event. In addition to reducing your hurricane-wind premium by installing mitigation features, you may also reduce the likelihood of out-of-pocket expenses, such as your hurricane deductible, you may otherwise incur after a catastrophic event.

---

© Chubb 2016. All rights reserved.      Form no. Q6409110                                    INSURED 08/23/23 23.29.11

**What factors are considered in establishing my premium?**

Your location: The closer a home is to the coast, the more vulnerable it is to damage caused by hurricane winds. This makes your hurricane-wind premium higher than for similar homes in other areas of the state.

Your policy: Your insurance policy is divided into two premiums: one for damage caused by hurricane force winds (hurricane-wind) and one for all other damage (all perils), such as fire.

Your deductible: Under the law, you are allowed to choose a $500, 2%, 5% or 10% deductible, depending on the actual value of your home. However, please note that in certain northern coastal counties a 5% deductible applies unless there are approved storm shutters on this structure, in which case a 2% deductible applies. Further, in certain southern coastal counties a 15% deductible applies unless there are approved storm shutters on this structure, in which case a 2% deductible applies. For non-coastal locations where we offer optional, higher hurricane deductibles, the larger your deductible, the lower your hurricane-wind premium. However, if you select a higher deductible, your out-of-pocket expenses in the event of a hurricane claim will be higher.

Improvements to your home: The state requires insurance companies to offer discounts for protecting your home against damage caused by hurricane winds. Securing your roof so it doesn't blow off and protecting your windows from flying debris are the two most cost effective measures you can take to safeguard your home and reduce your hurricane-wind premium. These discounts apply only to the hurricane-wind portion of your policy.

The costs of the improvement projects vary. Homeowners should contact a licensed contractor for an estimate. You can find a Certified Contractor in your area by visiting the Florida Department of Business and Professional Regulation online at www.myfloridalicense.com.

Your maximum discount: Discounts are not calculated cumulatively. The total discount is not the sum of the individual discounts. Instead, when one discount is applied, other discounts are reduced until you reach your maximum discount of 89%.

**How can I take advantage of the discounts?**

Homeowners will need a qualified inspector such as a general, building, or residential contractor licensed under Section 489.111, Florida Statutes, or a professional engineer licensed under Section 471.015, Florida Statutes, who has passed the appropriate equivalency test of the Building Code training program as required by Section 553.841, Florida Statutes, or a professional architect licensed under Section 481.213, Florida Statutes, or a building code inspector certified under Section 468.607, to inspect the home to identify potential mitigation measures and verify improvements. For a listing of individuals and/or inspection companies meeting these qualifications, contact your agent, broker, or insurance company.

CHUBB

The following is an example of how much you can reduce your insurance premium if you have mitigating features on your home. The example is based on your hurricane-wind premium* of $4,784 which is part of your total annual premium of $13,401. Remember, the discounts shown only apply to the hurricane-wind portion of the premium and the discounts for the construction techniques and features listed below are not cumulative.

**\* Wind mitigation credits apply to that portion of your premium that covers the peril of wind.**

### Existing Construction Discounts (Homes built prior to 2002)

| Description of Feature | Estimated* Premium Discount Percent | Estimated* Annual Premium ($) is Reduced by: |
|---|---|---|
| <u>Roof Covering (i.e., shingles or tiles)</u> | | |
| • Meets the Florida Building Code | N/A | N/A |
| • Reinforced Concrete Roof Deck** | N/A | N/A |
| **If this feature is installed on your home, you most likely will not qualify for any other discount. | | |
| <u>How Your Roof is Attached</u> | | |
| • Using a 2" nail spaced at 6" from the edge of the plywood and 12" in the field of the plywood | N/A | N/A |
| • Using a 2 1/2" nail spaced at 6" from the edge of the plywood and 12" in the field of the plywood | N/A | N/A |
| • Using a 2 1/2" nail spaced at 6" from the edge of the plywood and 6" in the field of the plywood | N/A | N/A |
| <u>Roof-to-Wall Connection</u> | | |
| • Using "Toe Nails" – defined as three nails driven at an angle through the rafter and into the top roof | N/A | N/A |
| • Using Clips - defined as pieces of metal that are nailed into the side of the rafter/truss and into the side of the top plate or wall stud | N/A | N/A |
| • Using Single Wraps - a single strap that is attached to the side and/or bottom of the top plate and are nailed to the rafter/truss | N/A | N/A |
| • Using Double Wraps - straps are attached to the side and/or bottom of the top plate and are nailed to the rafter/truss | N/A | N/A |

© Chubb.2016. All rights reserved.     Form no. D6409110

INSURED 08/23/23 23.29.11

| Description of Feature | Estimated* Premium Discount Percent | Estimated* Annual Premium ($) is **Reduced** by: |
|---|---|---|
| **Roof Shape** | | |
| • Hip Roof - defined as your roof sloping down to meet all your outside walls (like a pyramid) | N/A | N/A |
| • Other | N/A | N/A |
| **Secondary Water Resistance (SWR)** | | |
| • SWR - defined as a layer of protection between the shingles and the plywood underneath that protects the building if the shingles blow off | N/A | N/A |
| • No SWR | N/A | N/A |
| **Shutters** | | |
| • None | N/A | N/A |
| • Intermediate Type - shutters that are strong enough to meet half the old Miami-Dade building code standards | N/A | N/A |
| • Hurricane Protection Type - shutters that are strong enough to meet the current Miami-Dade building code standards | N/A | N/A |

* Estimate is based on information currently on file and the actual amount may vary.

© Chubb.2016. All rights reserved     Form no. Q6409110

CHUBB

## New Construction Discounts (Homes built in 2002 or newer)

| Description of Feature | Estimated* Premium Discount Percent | Estimated* Annual Premium ($) is Reduced by: |
|---|---|---|
| Homes built in 2002 or newer are eligible for a minimum 68% discount on the hurricane-wind portion of your premium. You may be eligible for a greater discount if other mitigation features are installed in your home. | | |
| **Shutters** | | |
| • None | 0% | $0 |
| • Intermediate Type - shutters that are strong enough to meet half the old Miami-Dade building code standards | 0% | $0 |
| • Hurricane Protection Type - shutters that are strong enough to meet the current Miami-Dade building code standards | APPLIED | APPLIED |
| **Roof Shape** | | |
| • Hip Roof - defined as your roof sloping down to meet all your outside walls (like a pyramid) | APPLIED | APPLIED |
| • Other | 0% | $0 |

\* Estimate is based on information currently on file and the actual amount may vary.

If you have further questions about the construction techniques and features that could result in a discount, please contact your agent or broker at the telephone number shown above.

www.chubb.com     email: customercare@chubb.com

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.



**Coverage Notices for Florida**

CHUBB'

**Name and address of Insured**
SUNEM PARK
1500 NW 117TH AVE
PLANTATION, FL 33323

**Premises Location**
1500 NW 117TH AVE
PLANTATION, FL 33323
**Territory** 034

**Effective Date** 4/21/22
**Policy no.** 16157511-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 4/21/22 to 4/21/23

**If you have any questions, please contact**
HULL & COMPANY LLC DBA HALCYON
UNDERWRITERS
555 WINDERLEY PLACE #420
MAITLAND, FL 32751
407.660.1881

## Florida Notices

### Available deductibles

You are notified in accordance with Florida Law that home and contents base deductibles of $500, $1,000, $2,500, $5,000, $7,500, $10,000, $25,000, $50,000, $100,000, $250,000, $500,000, $750,000 and $1,000,000 are available for home and contents coverage. One base deductible applies to all home and contents coverage on the same policy. A premium credit is applied for all deductibles except the $500 deductible.

These home and contents base deductible options do not apply if a special deductible applies to the covered loss. For Florida locations, special deductibles include the vacant house deductible, hurricane deductible, and earthquake deductible.

### Available hurricane deductibles for residences with wind and hail coverage

You are notified in accordance with Florida Law that the following special hurricane deductibles are available. All Florida residences with wind and hail coverage have a special hurricane deductible. Your special hurricane deductible is shown in your Coverage Summary. For a house, the dollar amount of the special hurricane deductible is calculated by applying the hurricane deductible percentage to the amount of coverage for the house. For a condominium, cooperative, or rental unit, the dollar amount of the special hurricane deductible is calculated by applying the hurricane deductible percentage to the combined amount of contents and additions and alterations coverage.

If your residence is in a **Southern coastal county,** you have a special 15% hurricane deductible unless you opted to install storm shutters meeting our eligibility requirements. If your home has adequate storm shutters or other windstorm protection, all of which have been inspected and approved by us, on **all exterior glass and skylights, you may select a special 2%, 5%, or 10%** hurricane deductible that will apply if the shutters or other windstorm protection is available for use at the time of loss, as described in your Coverage Summary.

If your residence is in a **Northern coastal county** and in a **300 or 400 series territory,** as shown above you have a special 5% hurricane deductible unless you opted to install storm shutters meeting our eligibility requirements. If your home has adequate storm shutters or other windstorm protection, all of which have been inspected and approved by us, on **all exterior glass and skylights,** then a special 2% hurricane deductible will apply if the shutters or other windstorm protection is available for use at the time of loss, as described in your Coverage Summary. Higher hurricane deductibles of 5% or 10% are available for a premium savings.

© Chubb 2016. All rights reserved.        Form no. Q5476009 (ED 08-20)                    INSURED 08/23/23 23 29 11

If your residence is in:

- an **Inland county,** or
- an **Interior Northern coastal county** (located in a Northern coastal county, and the territory as shown above is **NOT** a 300 or 400 series territory),

you have the choice of one of the percent deductibles or, if eligible, a flat dollar amount for a hurricane deductible based on your type of residence and the amount of coverage for that residence, as shown in the chart below. The hurricane deductible you selected is shown in your Coverage Summary. If you select a lower special hurricane deductible and you had a covered hurricane loss for your location under a policy issued by us or a direct or indirect subsidiary of the Chubb Corporation, this lower special hurricane deductible will not apply to covered hurricane losses until the next calendar year.

### Hurricane Deductible Chart
### for Inland and Interior Northern Coastal Counties

| Type of residence | Amount of coverage | Eligible for a hurricane deductible of: |
|---|---|---|
| All residence types | Up to $100,000 | $500 or 2%, 5%, 10% |
| All residence types | $100,000 or more | 2%, 5%, 10% |

**Southern coastal counties\* are:**

| | | |
|---|---|---|
| Broward | Lee | Palm Beach |
| Charlotte | Manatee | Pinellas |
| Collier | Martin | Sarasota |
| Dade | Monroe | St. Lucie |
| Indian River | | |

**Northern coastal counties\* are:**

| | | |
|---|---|---|
| Bay | Franklin | Santa Rosa |
| Brevard | Gulf | St. Johns |
| Citrus | Hernando | Taylor |
| Dixie | Levy | Volusia |
| Duval | Nassau | Wakulla |
| Escambia | Okaloosa | Walton |
| Flagler | Pasco | |

\* Inland counties are those counties not listed above as Southern or Northern coastal counties.

## Important Information regarding Rebuilding to code coverage

You have the option to select Rebuilding to code coverage limits of 50% or 25%. Rebuilding to code coverage provides coverage for the increased costs you incur to repair or replace the damage to your covered property after a covered loss in compliance with any local, state or federal law, ordinance or regulation affecting repair or construction of such property. Please refer to the Extra Coverage, Rebuilding to code, in your policy for complete details and limitations.

© Chubb 2018. All rights reserved.     Form no. Q6476099 (ED. 08-20)

CHUBB

**50% option**

Your policy automatically provides a Rebuilding to code coverage limit of 50% for covered property. For Florida premises locations, this important coverage is provided as follows:

- for houses this limit is 50% of the amount of your house coverage;
- for other permanent structures this limit is 50% of the amount of coverage for your other permanent structures, if purchased; and
- for condominium, cooperative, or renters units this limit is 50% of the amount of coverage for your additions and alterations for your unit.

**25% option**

For a premium savings, you may select a Rebuilding to code coverage limit of 25%. For Florida premises locations, this important coverage is provided as follows:

- for houses this limit is 25% of the amount of your house coverage;
- for other permanent structures this limit is 25% of the amount of coverage for your other permanent structures, if purchased; and
- for condominium, cooperative, or renters units this limit is 25% of the amount of coverage for your additions and alterations for your unit.

If you want to make this selection, please contact your agent or broker. In the event that you do not make this selection, your Rebuilding to code coverage limit will remain at 50%.

If you have chosen the lower available percentage of 25% of coverage for Rebuilding to code and rejected the 50% automatically provided for covered property in your policy for your Florida premises location, this lower amount of coverage is shown in your Coverage Summary. You may elect to increase this lower amount of coverage for Rebuilding to code to 50% at any time.

If you have any questions, your agent or broker is always your best source of advice.

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.



**CHUBB**

**Checklist of Coverage for Florida**

**Name and address of Insured**
SUNEM PARK
1500 NW 117TH AVE
PLANTATION, FL 33323

**Premises Location**
1500 NW 117TH AVE
PLANTATION, FL 33323

**Effective Date**  4/21/22
**Policy no.**  15157511-01
**Issued by**  Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period**  4/21/22 to 4/21/23

**If you have any questions, please contact**
HULL & COMPANY LLC DBA HALCYON
UNDERWRITERS
555 WINDERLEY PLACE #420
MAITLAND, FL  32751
407.660.1881

Dear Valued Customer:

We are required by Florida law to provide you with the enclosed Florida Checklist of Coverage completed with information regarding your Florida premises location shown above.

This checklist was created by the Florida Financial Services Commission for use with all homeowner insurance policies issued by any insurer regardless of the product differences and various rating plans used by insurance companies. Therefore, some of the terms used on this checklist do not match the terms used in your *Masterpiece®* Policy and some of the discounts cannot be displayed in the format prescribed by this form.

We recommend that you refer to your policy for the precise coverage afforded. If you have any questions about your coverage, your agent or broker is always your best source of advice and guidance. In a world of choices, thank you for choosing Chubb.

Customer Relations Manager
Chubb Personal Risk Services
866-324-8222

www.chubb.com      email: customercare@chubb.com

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.

**Checklist of Coverage
for Florida**

CHUBB·

**Premises Location**
1500 NW 117TH AVE
PLANTATION, FL 33323

## Florida Checklist of Coverage

### Policy Type: HOMEOWNERS

The following checklist is for informational purposes only. Florida law prohibits this checklist from changing any of the provisions of the insurance contract which is the subject of this checklist. Any endorsement, regarding changes in types of coverage, exclusions, limitations, reductions, deductibles, coinsurance, renewal provisions, cancellation provisions, surcharges, or credits will be sent separately.

Reviewing this checklist together with your policy can help you gain a better understanding of your policy's actual coverages and limitations, and may even generate questions. By addressing any questions now, you will be more prepared later in the event of a claim. Experience has shown that many questions tend to arise regarding the coverage of attached or detached screened pool enclosures, screened porches, and other types of enclosures. Likewise, if your policy insures a condominium unit, questions may arise regarding the coverage of certain items, such as individual heating and air conditioning units; individual water heaters; floor, wall, and ceiling coverings; built-in cabinets and counter tops; appliances; window treatments and hardware; and electrical fixtures. A clear understanding of your policy's coverages and limitations will reduce confusion that may arise during claims settlement.

Please refer to the policy for details and any exceptions to the coverages listed in this checklist. All coverages are subject to the provisions and conditions of the policy and any endorsements. If you have questions regarding your policy, please contact your agent or company. Consumer assistance is available from the Department of Financial Services, Division of Consumer Services' Helpline at (800) 342-2762 or www.fldfs.com.

This form was adopted by the Florida Financial Services Commission.

| Dwelling Structure Coverage (Place of Residence) | |
|---|---|
| Limit of Insurance: $4,610,000 | Loss Settlement Basis: Verified replacement cost |
| Other Structures Coverage (Detached from Dwelling) | |
| Limit of Insurance: $599,300 | Loss Settlement Basis: Verified replacement cost |
| Personal Property Coverage (Contents) | |
| Limit of Insurance: $1,844,000 | Loss Settlement Basis: Replacement cost |
| Deductibles | |
| Annual Hurricane: 2% | All Perils (Other Than Hurricane): $50,000 |

## Checklist of Coverage (continued)

The above Limit of Insurance, Deductibles, and Loss Settlement Basis apply to the following perils insured against: (Items below marked **Y (YES)** indicate coverage IS included, those marked **N (NO)** indicate coverage is NOT included.)

| | Perils |
|---|---|
| Y | Fire or Lightning |
| Y | Hurricane |
| N | Flood (including storm surge) |
| Y | Windstorm or Hail (other than Hurricane) |
| Y | Explosion |
| Y | Riot or Civil Commotion |
| Y | Aircraft |
| Y | Vehicles |
| Y | Smoke |
| Y | Vandalism or Malicious Mischief |
| Y | Theft |
| Y | Falling Objects |
| Y | Weight of Ice, Snow or Sleet |
| Y | Accidental Discharge or Overflow of Water or Steam |
| Y | Sudden and Accidental Tearing Apart, Cracking, Burning or Bulging |
| Y | Freezing |
| Y | Sudden and Accidental Damage from Artificially Generated Electrical Current |
| Y | Volcanic Eruption |
| Y | Sinkhole Loss for Covered Property |
| Y | Collapse |
| Y | Any Other Peril Not Specifically Excluded (dwelling and other structures only) |

**Special limits and loss settlement exceptions may apply to certain items. Refer to your policy for details.**

| Loss of Use Coverage (Additional Living Expenses) | | | |
|---|---|---|---|
| Coverage | | Limit of Insurance | Time Limit |
| (Items below marked Y (YES) indicate coverage IS included, those marked N (NO) indicate coverage is NOT included.) | | | |
| Y | Additional Living Expense | (% of house limit) | 30% | none |
| Y | Fair Rental Value | (% of house limit) | 30% | rental period |
| Y | Civil Authority Prohibits Use | (% of house limit) | 30% | 30 days |

The limit of insurance is the maximum amount we will pay for **all** Additional Living Expenses combined.

| Property - Additional/Other Coverages | | | |
|---|---|---|---|
| (Items below marked Y (YES) indicate coverage IS included, those marked N (NO) indicate coverage is NOT included.) | Limit of Insurance | Amount of insurance is an additional amount of coverage or is included within the policy limit. | |
| | | Included | Additional |
| Y | Debris Removal (% of house limit) | 30% | | YES |
| Y | Reasonable Repairs (Temporary) | up to house limit | YES | |
| Y | Property Removed (Endangered) | up to contents limit | Yes | |
| | Credit Card, Electronic Fund Transfer Card, or Access Device, Forgery and Counterfeit Money | (See Liability) | | |
| Y | Loss Assessment (Homeowner) | $50,000 | | YES |
| | Collapse | (See Perils) | | |
| Y | Glass or Safety Glazing Material | up to house limit | YES | |
| N | Landlord's Furnishings | | | |
| Y | Law and Ordinance (Rebuilding to Code); (% of house limit) | 50% | | YES |
| Y | Grave Markers or mausoleums | $5,000 | Yes | |
| Y | Mold/Fungi Remediation | $50,000 OCC/ $50,000 AGG | YES | |

CHUBB

**Checklist of Coverage (continued)**

| | Discounts | |
|---|---|---|
| (Items below marked Y (YES) indicate discount IS applied, those marked N (NO) indicate discount is NOT applied.) | | Dollar($) Amount of Discount |
| | Multiple Policy | |
| Y | Fire Alarm/Smoke Alarm/Burglar Alarm | |
| N | Sprinkler | |
| Y | Windstorm Loss Reduction | $44,203 |
| Y | Building Code Effectiveness Grading Schedule | $3,120 |
| | Other | |

Surcharges may offset these discounts.

| Insurer May Insert Any Other Property Coverage Below | | |
|---|---|---|
| (Items below marked Y (YES) indicate coverage IS included, those marked N (NO) indicate coverage is NOT included.) | Limit of Liability | Loss Settlement Basis: ie,: Replacement Cost, Actual Cash Value, Stated Value, etc. |
| | | |
| | | |
| | | |

**Personal Liability Coverage**

Limit of Insurance: $500,000

**Medical Payments to Others Coverage**

Limit of Insurance: $50,000

| Liability - Additional/Other Coverages | | | |
|---|---|---|---|
| (Items below marked Y (YES) indicate coverage IS included, those marked N (NO) indicate coverage is NOT included.) | Limit of Insurance | Amount of insurance is an additional amount of coverage or is included within the policy limit. | |
| | | Included | Additional |
| Y | Claim Expenses (Defense Costs) | unlimited | | Yes |
| | First Aid Expenses | (See Medical Payments) | | |
| Y | Damage to Property of Others | $15,000 | | Yes |
| | Loss Assessment | (See Property) | | |
| Y | Credit Cards, Forgery and Counterfeiting | $10,000 | Yes | |

| Insurer May Insert Any Other Liability Coverage Below | |
|---|---|
| (Items below marked Y (YES) indicate coverage IS included, those marked N (NO) indicate coverage is NOT included.) | Limit of Insurance |
| | |
| | |
| | |

 *Masterpiece*®

**Notice of Homeowner
Renewal Premium for Florida**

CHUBB

**Name and address of Insured**

SUNEM PARK
1500 NW 117TH AVE
PLANTATION, FL 33323

**Effective Date** 4/21/22
**Policy no.** 15157511-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 4/21/22 to 4/21/23

**If you have any questions, please contact**
HULL & COMPANY LLC DBA HALCYON
UNDERWRITERS
555 WINDERLEY PLACE #420
MAITLAND, FL 32751
407.660.1881

## Notice of Florida Homeowner Renewal Premium

Florida law requires us to provide you with a notice of any premium increase due to:
- a rate increase approved by the Florida Office of Insurance Regulation; or
- a coverage change,

and to disclose any applicable amount of premium increase for each.

The premium was developed based on the risk characteristics of the expiring policy and may change if there are any changes to this policy.

| Property Covered | Amount of premium due to a rate change | Amount of premium due to other policy changes |
| --- | --- | --- |
| HOUSE AT 1500 NW 117TH AVE PLANTATION, FL | $0.00 | $733.00 |

Please note that the premiums reflected in this notice only represent the premiums for your Florida coverages stated above and may only represent a portion of your total policy premium. You should refer to your Premium Summary for your premium totals by location.

If you have any questions or need assistance, please contact your insurance agent listed above.

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.



CHUBB

**Outline of Coverages
for Florida**

**Name and address of Insured**

SUNEM PARK
1500 NW 117TH AVE
PLANTATION, FL 33323

**Effective Date**  4/21/22
**Policy no.**  15157511-01
**Issued by**  Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period**  4/21/22 to 4/21/23

**If you have any questions, please contact**
HULL & COMPANY LLC DBA HALCYON
UNDERWRITERS
555 WINDERLEY PLACE #420
MAITLAND, FL  32751
407.660.1881

## IMPORTANT NOTICE

We are required by Florida Statutes to provide you with an outline of automobile and homeowners coverage. The following is not your actual insurance policy, but rather a brief description of your *Masterpiece* policy. You must read the terms, conditions and exclusions of your *Masterpiece* policy for the precise coverage afforded. Not all of the coverages outlined below may apply to you; direct your attention to the coverages you have purchased. This outline of coverage is for information purposes only. It is the express intent of ss.627.4143, Florida Statutes, that this outline shall not be construed to modify any of the provisions of the legal insurance contract that is the subject of this outline.

### Outline of Available Florida Automobile Coverages

If you have purchased automobile coverage for your vehicles garaged in Florida, your Coverage Summary lists the vehicles, coverages and deductibles you have purchased. Your Premium Summary and Vehicle Detail Premium Summary provide premium information including credits and/or surcharges which apply to you. Please refer to these documents for your specific coverages and premiums.

Vehicle Liability Coverage: This covers your legal liability for bodily injury to others (Bodily Injury Liability) or damage to their property (Property Damage Liability). Florida law requires you to have Property Damage Liability coverage. An amount of coverage for Vehicle Liability, if shown in your Coverage Summary, provides bodily injury and property damage coverage. Vehicle Liability Coverage also includes $10,000 of coverage for Medical payments. Options to increase medical payments are available. In addition, we automatically provide coverage for vehicles you rent while on vacation (for up to 90 days). The principal exclusions (items not covered by the policy) for this coverage are for: 1) motor vehicles owned by you or a family member furnished or available for the regular use of you or a family member which have not been specifically covered under the policy, 2) claims for injuries to any person sustained while occupying any motor vehicle having less than four wheels unless the vehicle is shown on your Coverage Summary or is covered under the Extra Coverage, Rental vehicle coverage, 3) intentional acts, and 4) non-permissive use.

© Chubb 2018. All rights reserved.      Form no. Q6409020                                                                                   INSURED 06/23/23 23.26 11

Uninsured Motorists Protection: If purchased, this coverage pays for bodily injuries to you, family members and certain others, resulting from the negligence of others. It pays when the at-fault party has no liability insurance, or liability coverage with limits not adequate to pay for the damages incurred, or if injuries result from a hit-and-run vehicle. You may choose "stacked" or "non-stacked" coverage. The principal difference between these two forms is that the total amount of protection under the stacked form is the sum of the limits applicable to each vehicle insured, whereas under the non-stacked form the limit stated applies per accident regardless of how many vehicles you own or insure. The principal exclusions (items not covered by the policy) for this coverage are for: nonpermissive use and vehicles not included under the definition of "covered vehicle" in the policy.

Vehicle Physical Damage Coverage: If purchased, collision covers damage to your car resulting from overturning or impact with another object. Comprehensive provides coverage for physical loss to your car for perils not excluded. The principal exclusions to comprehensive and collision (items not covered by the policy) are: 1) intentional acts, 2) damage to electronic equipment, and 3) tapes and discs. In addition, if you have Vehicle Physical Damage Coverage, your policy contains other coverages that add or broaden coverage. The principal coverages are: 1) towing, 2) loss of use, 3) permanent electronic equipment, 4) air bags, 5) lock replacement, and 6) coverage for newly acquired vehicles.

Nonrenewal and Cancellation Provisions: You may cancel your vehicle coverage at any time after PIP and Vehicle Liability Coverage have been in effect for 60 days. When PIP and Vehicle Liability Coverage have been in effect for less than 60 days, you may cancel only if your covered vehicle is totally destroyed, you transfer ownership of your covered vehicle, or you purchase a vehicle policy that replaces this policy. This provision applies to both a new policy and a renewal. Under conditions where we cancel or refuse to renew your policy, we will notify you in writing. This notice will be mailed to you within the timeframes required by law and will include the reason(s) for cancellation or nonrenewal.

## Outline of Available Florida Homeowner Coverages

Homeowner policies are designed to provide coverage for the following: your house, condominium, cooperative or rental unit, other structures on your property that you own; your contents or personal belongings; loss of use of your house, condominium, cooperative, or rental unit and personal liability.

If you have purchased coverage for your residence(s) in Florida, your Coverage Summary lists your residences, coverages, limits and deductibles. Your Premium Summary and Premium Discount Summary provides premium information including credits and/or surcharges which apply to you. Please refer to these documents for your specific coverages and premiums.

The following is a brief description of each of the principal coverage features.

Deluxe House Coverage: If purchased, this coverage pays for all risk of physical loss to your house. In addition, your policy contains other coverages that add or broaden coverage. The principal coverages are: 1) other permanent structures, if an amount greater than zero is shown on your Coverage Summary, 2) additional living expenses, 3) land, 4) landscaping, 5) debris removal, 6) rebuilding to code, and 7) mold remediation expenses. The principal exclusions (items not covered by the policy) for this coverage are loss caused by: 1) earthquake, 2) earth movement, 3) water damage from flood and other surface water, 4) neglect, 5) pollution or contamination, 6) intentional acts, 7) faulty planning, construction, or maintenance, 8) fungi and mold, 9) sinkhole, and 10) war and nuclear hazards.

CHUBB

Deluxe Contents Coverage: If purchased, this coverage pays for all risk of physical loss to your personal property such as clothes and furniture. Certain special limits apply, such as $1,500 to money and $5,000 to jewelry. In addition, your policy contains coverages that add or broaden coverage such as business property coverage and electronic restoration. The principal exclusions (items not covered by the policy) are to property such as tenant property, some types of motorized land vehicles, breakage of fragile articles, or loss caused by: 1) water damage from flood and other surface water, 2) neglect, 3) pollution or contamination, 4) intentional acts, 5) faulty planning, construction, or maintenance, 6) fungi and mold, 7) sinkhole, and 8) war and nuclear hazards.

Standard Contents Coverage: If purchased, this coverage pays for physical loss to your personal property such as clothes and furniture, caused directly by a named peril. The principal perils covered are: 1) fire, 2) wind or hail (may be subject to a special hurricane deductible), 3) vandalism, and 4) theft. Refer to Deluxe Contents Coverage, described above, for special limits and additional coverages. The principal exclusions (items not covered by the policy) for this coverage are loss caused by: 1) earthquake, 2) earth movement, 3) water damage from flood and other surface water, 4) neglect, 5) pollution or contamination, 6) intentional acts, 7) fungi and mold, 8) sinkhole, and 9) war and nuclear hazards.

Fire Contents Coverage: If purchased, this coverage pays for physical loss to your personal property such as clothes and furniture, caused directly by a named peril. The principal perils covered are the same as described above for Standard Contents Coverage except that theft is not covered. Certain special limits apply, such as $1,500 to money. Refer to Standard Contents Coverage, described above, for additional coverages and principal exclusions.

Deluxe Condominium, Cooperative, or Renters Coverage: If purchased, this coverage pays for all risk of physical loss to your personal property such as clothes and furniture. Certain special limits apply, such as $1,500 to money and $5,000 to jewelry. In addition, your policy contains extra coverages such as: 1) additions and alterations, if an amount greater than zero is shown on your Coverage Summary, 2) unit assessments, 3) business property coverage, 4) additional living expenses, 5) electronic data restoration, 6) debris removal, 7) rebuilding to code, 8) mold remediation expenses, and 9) sinkhole loss. The principal exclusions (items not covered by the policy) for this coverage are to property such as tenant property, some types of motorized land vehicles, breakage of fragile articles, or loss caused by: 1) water damage from flood and other surface water, 2) neglect, 3) pollution or contamination, 4) intentional acts, 5) faulty planning, construction or maintenance, 6) fungi and mold, and 7) war and nuclear hazards.

Standard Condominium, Cooperative, or Renters Coverage: If purchased, this coverage pays for physical loss to your personal property such as clothes and furniture, caused directly by a named peril. The principal perils covered are: 1) fire, 2) wind or hail (may be subject to a special hurricane deductible), 3) vandalism, 4) theft, and 5) sinkhole loss. Refer to Deluxe Condominium Coverage, described above, for special limits and additional coverages. The principal exclusions (items not covered by the policy) for this coverage are loss caused by: 1) earthquake, 2) earth movement, other than sinkhole loss, 3) water damage from flood and other surface water, 4) neglect, 5) pollution or contamination, 6) intentional acts, 7) fungi and mold, and 8) war and nuclear hazards.

**IMPORTANT: If you have any of the coverages described above for a residence in Florida, a special hurricane deductible applies to that residence. This special hurricane deductible is shown in your Coverage Summary. If you have any of the following coverages for a Florida residence, loss caused by wind or hail is NOT covered for that residence.**

> **Deluxe House Coverage Wind/Hail Excluded (WHE)**
> **Deluxe Contents Coverage Wind/Hail Excluded (WHE)**
> **Standard Contents Coverage Wind/Hail Excluded (WHE)**
> **Fire Contents Coverage Wind/Hail Excluded (WHE)**
> **Deluxe Condominium Coverage Wind/Hail Excluded (WHE)**
> **Standard Condominium Coverage Wind/Hail Excluded (WHE)**
> **Deluxe Cooperative Coverage Wind/Hail Excluded (WHE)**
> **Standard Cooperative Coverage Wind/Hail Excluded (WHE)**
> **Deluxe Renters Coverage Wind/Hail Excluded (WHE)**
> **Standard Renters Coverage Wind/Hail Excluded (WHE)**

Personal Liability Coverage: If purchased, this part of your policy provides you with coverage for damages you or a family member may be legally obligated to pay for personal injury or property damage to others, arising out of your residence or the personal activities of you and your family members away from the residence. In addition, your policy contains coverage that adds or broadens coverage such as: 1) medical payments to others, 2) credit cards, forgery, and counterfeiting, 3) rented or borrowed vehicles, and 4) fungi and mold. The principal exclusions (items not covered by this policy) for this coverage are for: 1) motorized land vehicles except those covered under rented or borrowed vehicles, 2) large watercraft, 3) some types of business pursuits, 4) intentional acts, 5) discrimination, 6) molestation, misconduct or abuse, 7) illness, 8) covered person's or dependent's personal injury, 9) liability for the acts of others, 10) entrustment, and 11) fungi and mold, other than as provided under the Extra Coverage, Fungi and mold.

Nonrenewal and Cancellation Provisions: You may cancel the policy at any time for any reason. Our rights to cancel or nonrenew your policy are limited to those conditions described in your policy. If we intend to cancel or refuse renewal of your policy, we must send you a notice telling the reasons for our action and give you advance notice of the cancellation or nonrenewal date.

www.chubb.com     email: customercare@chubb.com

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.

© Chubb 2018. All rights reserved.     Form no. Q6408020



**Change Overview for**
**Homeowners Coverages for Florida**

CHUBB

*In order to continually provide some of the finest*
*insurance products available, we sometimes make*
*changes to our state contracts. Below is a*
*convenient summary of current changes for*
*Florida.*

Policy no. 15157511-01
Policy period 4/21/22 to 4/21/23

Dear Valued Client:

We are pleased to enclose the renewal of your *Masterpiece®* policy. As part of our commitment to provide unrivaled service and coverages that suit your lifestyle we have made the following revisions to your homeowners policy.

We recommend that you take some time to review your policy carefully, as it alone fully describes the coverages you have purchased. Your policy may be customized to fit your individual needs. If you have any questions or need assistance, your agent or broker is always the best source of information and advice.

**Payment basis**
We revised our definition of "Reconstruction cost" under Payment basis, in order to reinforce our coverage intent. "Reconstruction cost" also includes the reasonable repair or replacement of undamaged items of the same type in adjoining areas of your house or other permanent structure to ensure that such undamaged items match in quality, color, or size and ensure visual continuity with those items replacing the damaged items. We also included an example of how undamaged items are taken into consideration for matching repair or replacement of damaged items.
*(Applies to Deluxe House, Deluxe House Wind/Hail Excluded (WHE) Coverages)*

**Additions and alterations**
We revised this Extra Coverage, Additions and alterations in order to reinforce our coverage intent. This Extra coverage also includes the reasonable repair or replacement of undamaged items of the same type in adjoining areas of your unit or other permanent structure to ensure visual continuity with those items replacing the damaged items. We also included an example of how undamaged items are taken into consideration for matching repair or replacement of undamaged items.
*(Applies to Deluxe and Standard Condominium, Deluxe and Standard Condominium Wind/Hail Excluded (WHE), Deluxe and Standard Cooperative, Deluxe and Standard Cooperative Wind/Hail Excluded (WHE), Deluxe and Standard Renters, Deluxe and Standard Renters Wind/Hail Excluded (WHE) Coverages.)*

Thank you for insuring with Chubb. We appreciate your business.

www.chubb.com     email: customercare@chubb.com

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.

*Masterpiece*®

**Valuable Articles
Coverage Changes**

CHUBB'

*In order to continually provide some of the finest
insurance products available, we periodically make
changes to our state contracts. Below is a
convenient summary of a current change for your
state.*

Policy no. 15157511-01
Policy period 4/21/22 to 4/21/23

Dear Valued Client,

We are pleased to enclose the renewal of your *Masterpiece*®  Valuable articles policy. Please be aware that it contains
the following changes to your Introduction page.

-   We added a definition for "Cyber attack" to the Definitions section of your Introduction page.

As part of our commitment to provide unrivaled service and coverages that suit your lifestyle at a competitive price, we
are also introducing the following policy change.

We introduced a new exclusion, Cyber attack, to our Valuable articles coverage. In addition, we revised the exclusion,
Computer error, to reinforce our intent that we do not cover the cost to correct a malfunction, error, or deficiency to a
computer. However, we do cover an otherwise covered loss if damage results solely to, on or upon your insured
property, unless another exclusion applies.

We recommend that you take some time to review your policy carefully, as it alone fully describes the coverages you
have purchased. If you have any questions or need assistance, your agent or broker, is always the best source of
information and advice.

Thank you for insuring with Chubb. We appreciate your business.

www.chubb.com     email: customercare@chubb.com

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at
www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies
as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.

© Chubb.2016. All rights reserved.     Form no. Q8490098     INSURED 08/23/23 23.29.11

*Masterpiece*®

**New Homeowner Coverage Option**

CHUBB'

*In order to continually provide some of the finest insurance products available, we sometimes make changes to our state contracts. Below is a convenient summary of a current change we recently made for select states.*

**Policy no.** 15157511-01
**Policy period** 4/21/22 to 4/21/23

Dear Valued Client,

We are pleased to enclose the renewal of your *Masterpiece*® policy. As part of our commitment to provide unrivaled service and coverages that suit your lifestyle at a competitive price, we are introducing the following policy options.

Today a deductible waiver of $50,000 is included in your homeowners policy when you have a base deductible of $50,000 or less. This means that we will waive the base deductible in the event of a covered loss greater than $50,000 except when a special deductible applies. However, if you choose a base deductible of $100,000 or greater, your base deductible will not be waived.

**No Deductible Waiver Option**
A second No Deductible Waiver Option is now available. You may select the No Deductible Waiver Option for a premium discount if your base deductible is $5,000 to $50,000. This option means that we will not waive your base deductible in the event of a covered loss regardless of the loss amount.

If you have any questions regarding this change, please contact your agent or broker, as he or she is always your best source of information and advice.

Thank you for insuring with Chubb. We appreciate your business.

www.chubb.com     email: customercare@chubb.com

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.