UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FEDERAL DIVISION

CASE NO.: 0:23-cv-62429-JEM

Sunem Park and Cheong Park,
    Plaintiff(s),

vs.

Federal Insurance Company,
    Defendant(s).
_____/

## MEDIATOR'S REPORT

The undersigned Mediator hereby reports to the Court the disposition of the mediation of the above captioned action. The mediation was held on June 14, 2024. The disposition was as follows:

**X**    This matter was settled.

☐    A partial settlement was achieved. Some issues remain for disposition by the Court.

☐    The mediation was continued and will be rescheduled.

☐    An impasse was reached.

DATED: <u>17 June 2024</u> and efiled with the Court.

        Breakthrough Mediation
        P.O. Box 742652
        Boynton Beach, FL 33474
        (561) 713-4717 - Telephone
        (561) 370-6794 - Facsimile
        Success@BTmediation.com

    By: <u>/s/ Mark A. Greenberg</u>
        Mark A. Greenberg, Esq. Mediator
        Fla. Bar Number 068616
        Mediator Number 33719R

Cc: Counsel of Record via CM/ECF Filing Portal.