IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

SUNEM PARK AND CHEONG PARK,

Plaintiffs,                                                        CASE NO.: 0:23-cv-62429-JEM

vs.

FEDERAL INSURANCE COMPANY,

Defendant.
_____/

**<u>JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiffs, SUNEM PARK AND CHEONG PARK, and Defendant, FEDERAL INSURANCE COMPANY, by and through their respective undersigned counsel, hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  The parties have amicably resolved all issues in this case.

Dated: October 1 2024.

Respectfully submitted,

| | |
|---|---|
| THOMAS A. KELLER, ESQ.<br>Florida Bar No.: 0153354<br>fhahn@butler.legal<br>BUTLER WEIHMULLER KATZ CRAIG LLP<br>Counsel for Defendant | /s/ *Anthony Dennis*<br>ANTHONY DENNIS, ESQ.<br>Dennis Kessler, PLLC<br>adennis@dklawfl.com<br>Miami, FL  33131<br>Counsel for Plaintiffs |

## CERTIFICATE OF SERVICE

I hereby certify that, on October 1, 2024, I filed the foregoing paper with the Court using the CM/ECF system, which will electronically serve all Counsel of Record in this case.

_____
THOMAS A. KELLER, ESQ.